UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MUTUAL INSURANCE COMPANY LIMITED, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>THE HONORABLE ERNEST B. MURPHY )<br>)<br>    Defendant. )<br>) | C. A. No.07-cv-11532-PBS |

## AFFIDAVIT OF SARAH P. KELLY

I, Sarah P. Kelly, hereby depose and state as follows:

1. I am an associate with the law firm of Nutter McClennen & Fish LLP, counsel to The Honorable Ernest B. Murphy ("Judge Murphy").

2. A true and complete copy of the privilege logs provided to me by Mutual Insurance Company, Limited, through counsel, are attached as <u>Exhibit A</u>.

3. A true and complete copy of the privilege logs provided to me by The Boston Herald, through counsel, are attached as <u>Exhibit B</u>.

4. An e-mail dated May 12, 2005, provided to me by Mutual, is attached as <u>Exhibit C</u>.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 4th DAY OF NOVEMBER, 2008.

/s/ Sarah P. Kelly
Sarah P. Kelly

1780894.1