# EXHIBIT 1

JEFFREY P. HERMES
direct dial: 617-856-8203
jhermes@brownrudnick.com

**BROWN**RUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

April 4, 2008

**BY HAND**

Joseph S. Sano, Esq.
Prince Lobel Glovsky & Tye LLP
100 Cambridge Street
Boston, MA  02114

Stephen J. Brake, Esq.
Nutter McClennen & Fish, LLP
155 Seaport Boulevard
Boston, MA 02210

RE:   <u>Mutual Insurance Co. v. The Honorable Ernest B. Murphy,</u>
      <u>United States District Court, Civil Action No. 07-11532-PBS</u>

Dear Gentlemen,

Please find enclosed documents produced by Boston Herald, Inc. (the "Herald") in response
to Mr. Brake's Subpoena Duces Tecum to the Herald.  Please also find enclosed a privilege
log with respect to this production, as well as a privilege log with respect to the documents in
which the Herald has asserted privilege in the document production by Mutual Insurance
Company.

If you have any questions, please feel free to contact me.

Very truly yours,

BROWN RUDNICK BERLACK ISRAELS LLP

Jeffrey P. Hermes

JPH:nsa
cc:   Elizabeth A. Ritvo, Esq. (w/out encl.)

## Log of Privileged Documents from Mutual Production

| Bates Number | Recipient | From | Description of Document | Privilege Asserted |
|---|---|---|---|---|
| MUT000007 | Jerome C. Schaefer, Esq. O'Brien, Butler, McConihe & Schaefer | Christene Lyons, Finance Dept. Boston Herald | Brown Rudnick invoice dated Sept. 26, 2007, detailing work done by attorneys | AC/WP-CID |
| MUT000028 – MUT000029 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated June 19, 2007 detailing work done by attorneys | AC/WP-CID |
| MUT000035 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated April 20, 2007, detailing work done by attorneys | AC/WP-CID |
| MUT000042 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated March 16, 2007, detailing work done by attorneys | AC/WP-CID |
| MUT000048 – MUT000049 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated January 5, 2007, detailing work done by attorneys | AC/WP-CID |
| MUT000054 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated December 11, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT000058 | J. Schaefer, Jeffrey Magram, Boston Herald | Bruce W. Sanford, Esq., Baker & Hostetler | Letter from Baker & Hostetler to Mutual dated July 3, 2007 re: Invoice | AC/WP-CID |
| MUT000060 – MUT000065 | J. Schaefer | B. Sanford | Baker & Hostetler invoice dated June 30, 2007, detailing work done by attorneys | AC/WP-CID |
| MUT000079 – MUT000081 | J. Schaefer | B. Sanford | Baker & Hostetler invoice dated April 30, 2007, detailing work done by attorneys | AC/WP-CID |
| MUT000094 – | J. Schaefer | B. Sanford | Baker & Hostetler invoice dated March | AC/WP-CID |

1

| Bates Number | Recipient | From | Description of Document | Privilege Asserted |
|---|---|---|---|---|
| MUT000099 | | | 31, 2007, detailing work done by attorneys | |
| MUT000112 – MUT000119 | J. Schaefer | B. Sanford | Baker & Hostetler invoice dated February 28, 2007, detailing work done by attorneys | AC/WP-CID |
| MUT000128 – MUT000141 | J. Schaefer | B. Sanford | Baker & Hostetler invoice dated January 31, 2007, detailing work done by attorneys | AC/WP-CID |
| MUT000156 – MUT000160 | J. Schaefer | B. Sanford | Baker & Hostetler invoice dated December 28, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT000171 – MUT000176, MUT000179 | J. Schaefer | B. Sanford | Baker & Hostetler invoice dated November 30, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT000188 – MUT000195 | J. Schaefer | B. Sanford | Baker & Hostetler invoice dated October 31, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT000207 | J. Schaefer | B. Sanford | Cover Letter, dated September 29, 2006 re: Invoice | AC/WP-CID |
| MUT000209 – MUT000210 | J. Schaefer | B. Sanford | Baker & Hostetler invoice dated September 29, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT000223 – MUT000230, MUT000232 | J. Schaefer | B. Sanford | Baker & Hostetler invoice dated August 31, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT000246 – MUT000256 | J. Schaefer | B. Sanford | Baker & Hostetler invoice dated July 31, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT000267 – | J. Schaefer | B. Sanford | Baker & Hostetler invoice dated June | AC/WP-CID |

2

| Bates Number | Recipient | From | Description of Document | Privilege Asserted |
|---|---|---|---|---|
| MUT000277 | | | 30, 2006, detailing work done by attorneys | |
| MUT000282 – MUT000287 | J. Schaefer | B. Sanford | Baker & Hostetler invoice dated May 31, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT000297 – MUT000300 | J. Schaefer | B. Sanford | Baker & Hostetler invoice dated April 28, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT000315 – MUT000316 | J. Schaefer | B. Sanford | Baker & Hostetler invoice dated March 31, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT000323 – MUT000331 | J. Schaefer | B. Sanford | Baker & Hostetler invoice dated February 28, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT000337 | J. Schaefer | B. Sanford | Cover Letter, dated January 31, 2006 re: Invoice | AC/WP-CID |
| MUT000340 – MUT000348 | J. Schaefer | B. Sanford | Baker & Hostetler invoice dated January 31, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT000353 | J. Schaefer | Marsha Zamperini Assistant to B. Sanford | Email dated March 8, 2006 re: billing and time entries | AC/WP-CID |
| MUT000377 – MUT000379 | J. Schaefer, J. Magram | B. Sanford | Baker & Hostetler invoice dated December 28, 2005, detailing work done by attorneys | AC/WP-CID |
| MUT000385 | | | Baker & Hostetler invoice dated November 30, 2005, detailing work done by attorneys | AC/WP-CID |

3

| Bates Numbers | Recipient | From | Description of Document | Privilege Asserted |
|---|---|---|---|---|
| MUT000387 – MUT000389 | J. Schaefer, J. Magram | B. Sanford | Baker & Hostetler invoice dated November 30, 2005, detailing work done by attorneys | AC/WP-CID |
| MUT000399 PRODUCED IN REDACTED FORMAT | J. Schaefer | B. Sanford | Cover Letter, dated September 30, 2005 re: invoice | AC/WP-CID |
| MUT000402 – MUT000405 | | | Baker & Hostetler invoice dated September 30, 2005, detailing work done by attorneys | AC/WP-CID |
| MUT000419 – MUT000421 | J. Schaefer | B. Sanford | Baker & Hostetler invoice dated August 29, 2005, detailing work done by attorneys | AC/WP-CID |
| MUT000424 | J. Schaefer | B. Sanford | Cover Letter, dated July 25, 2005 re: specifics of time entries | AC/WP-CID |
| MUT000427 – MUT000430 | J. Schaefer | B. Sanford | Baker & Hostetler invoice dated July 25, 2005, detailing work done by attorneys | AC/WP-CID |
| MUT000440 – MUT000441 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated November 14, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT000446 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated September 19, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT000449 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated October 13, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT000455 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated August 18, 2006, detailing work done by | AC/WP-CID |

4

| Bates Number | Recipient | From | Description of Document | Privilege Asserted |
|---|---|---|---|---|
| MUT000462 – MUT000463 | J. Schaefer | C. Lyons | attorneys<br>Brown Rudnick invoice dated July 18, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT000469 – MUT000470 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated June 15, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT000475 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated May 11, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT000480 – MUT000481 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated April 27, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT000487 | Judi Lancaster, O'Brien, Butler, McConihe & Schaefer | M. Robert Dushman, Esq., Brown Rudnick | Email dated April 4, 2006 re: billing and case strategy | AC/WP-CID |
| MUT000489 – MUT000490 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated March 17, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT000493 – MUT000495 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated March 10, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT000500 – MUT000504 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated January 10, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT000512 – MUT000513 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated December 14, 2005, detailing work done by attorneys | AC/WP-CID |
| MUT000519 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated September 20, 2005, detailing work done by attorneys | AC/WP-CID |
| MUT000522 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated November 18, 2005, detailing work done by attorneys | AC/WP-CID |

5

| Bates Number | Recipient | From | Description of Document | Privilege Asserted |
|---|---|---|---|---|
| MUT000528 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated October 17, 2005, detailing work done by attorneys | AC/WP-CID |
| MUT000536 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated August 12, 2005, detailing work done by attorneys | AC/WP-CID |
| MUT000538 | J. Schaefer | C. Lyons | Goulston & Storrs invoice dated April 20, 2005, detailing work done with Brown Rudnick attorneys | AC/WP-CID |
| MUT000544 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated July 14, 2005, detailing work done by attorneys | AC/WP-CID |
| MUT000551 – MUT000552 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated May 10, 2005, detailing work done by attorneys | AC/WP-CID |
| MUT000557 – MUT000560 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated April 12, 2005, detailing work done by attorneys | AC/WP-CID |
| MUT000566 – MUT000573 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated March 8, 2005, detailing work done by attorneys | AC/WP-CID |
| MUT000576 – MUT000590 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated February 17, 2005, detailing work done by attorneys | AC/WP-CID |
| MUT000596 – MUT000603 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated January 6, 2005, detailing work done by attorneys | AC/WP-CID |
| MUT000609 – MUT000611 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated December 3, 2004, detailing work done by attorneys | AC/WP-CID |
| MUT000614 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated November 9, 2004, detailing work done by attorneys | AC/WP-CID |
| MUT000620 – | J. Schaefer | C. Lyons | Brown Rudnick invoice dated October | AC/WP-CID |

| Bates Numbers | Recipient | From | Description of Document | Privilege Asserted |
|---|---|---|---|---|
| MUT000621 | | | 21, 2004, detailing work done by attorneys | |
| MUT000626 – MUT000627 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated September 16, 2004, detailing work done by attorneys | AC/WP-CID |
| MUT000635 – MUT000636 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated August 13, 2004, detailing work done by attorneys | AC/WP-CID |
| MUT000641 – MUT000642 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated July 20, 2004, detailing work done by attorneys | AC/WP-CID |
| MUT000648 – MUT000649 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated May 11, 2004, detailing work done by attorneys | AC/WP-CID |
| MUT000652 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated June 8, 2004, detailing work done by attorneys | AC/WP-CID |
| MUT000659 – MUT000661 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated February 13, 2004, detailing work done by attorneys | AC/WP-CID |
| MUT000663 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated April 9, 2004, detailing work done by attorneys | AC/WP-CID |
| MUT000668 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated March 9, 2004, detailing work done by attorneys | AC/WP-CID |
| MUT000674 – MUT000675 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated January 8, 2004, detailing work done by attorneys | AC/WP-CID |
| MUT000680 – MUT000681 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated November 11, 2003, detailing work done by attorneys | AC/WP-CID |
| MUT000687 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated August 8, 2003, detailing work done by attorneys | AC/WP-CID |
| MUT000699 – | J. Schaefer | C. Lyons | Brown Rudnick invoice dated June 10, | AC/WP-CID |

7

| Bates Number | Recipient | From | Description of Document | Privilege Asserted |
|---|---|---|---|---|
| MUT000700 | | | 2003, detailing work done by attorneys | |
| MUT000707 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated April 8, 2003, detailing work done by attorneys | AC/WP-CID |
| MUT000714 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated March 13, 2003, detailing work done by attorneys | AC/WP-CID |
| MUT000721 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated February 12, 2003, detailing work done by attorneys | AC/WP-CID |
| MUT000727 – MUT000728 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated January 3, 2003, detailing work done by attorneys | AC/WP-CID |
| MUT000736 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated December 5, 2002, detailing work done by attorneys | AC/WP-CID |
| MUT000741 – MUT000751 | J. Schaefer, J. Magram | B. Dushman | Summary of time entries by Brown Rudnick through October 2002 | AC/WP-CID |
| MUT001644 – MUT001645 | J. Schaefer | B. Dushman | Status Report, dated October 31, 2002 | AC/WP-CID |
| MUT001646 – MUT001647 | J. Schaefer | B. Dushman | Lawsuit Analysis prepared by Brown Rudnick | AC/WP-CID |
| MUT001648 – MUT001650 | J. Schaefer | B. Dushman | Litigation Plan & Budget prepared by Brown Rudnick | AC/WP-CID |
| MUT001653 | J. Schaefer, J. Magram, Elizabeth Ritvo, Brown Rudnick | B. Dushman | Letter, dated March 31, 2005 re: billing and strategy | AC/WP-CID |
| MUT001656 – MUT001658 | J. Schaefer, Patrick Purcell, Boston Herald | B. Sanford | Letter, dated March 29, 2005 re: appeal | AC/WP-CID |
| MUT001662 – | J. Schaefer | B. Dushman | Multiple email stream by and between | AC/WP-CID |

8

| Bates Numbers | Recipient | From | Description of Documents | Privilege Asserted |
|---|---|---|---|---|
| MUT001663 | | | B. Dushman and J. Schaefer dated March 24, 2005 re: letters to/from H. Cooper | |
| MUT001669 - MUT001678 | J. Schaefer | B. Dushman | Fax dated March 23, 2005 re: research | AC/WP-CID |
| MUT001680 | B. Sanford | J. Schaefer | E-mail dated March 22, 2005 re: appeal | AC/WP-CID |
| MUT001692 - MUT001695 | | | Multiple email stream by and between J. Schaefer, P. Purcell and Bill Wiegand at Mutual Insurance, dated March 15, 2005 re: appeal | AC/WP-CID |
| MUT001696 - MUT001699 | | | Multiple email stream by and between J. Schaefer, B. Dushman, E. Ritvo and Jeffrey Hermes, Esq, Brown Rudnick, Seth Stratton, Esq, Brown Rudnick, dated March 10-15, 2005 re: calculation of interest | AC/WP-CID |
| MUT001706 - MUT001707 | | | Multiple emails by and between E. Ritvo, J. Schaefer, B. Dushman, K. Kernan, J. Hermes, dated March 11-14, 2005 re: INOV research | AC/WP-CID |
| MUT001720 - MUT001721 | E. Ritvo | J. Schaefer | Multiple email stream by and between J. Schaefer, E. Ritvo, Kevin Kernan, Esq., O'Brien, Butler, McConihe & Schaefer, B. Dushman and J. Hermes, dated March 10, 2006 re: INOV | AC/WP-CID |
| MUT001722 | J. Schaefer | E. Ritvo | Email, dated March 10, 2005 re: INOV | AC/WP-CID |
| MUT001723 - MUT001724 | | | Multiple e-mail stream by and between J. Schaefer and B. Dushman dated March 10, 2005 re: calculation of | AC/WP-CID |

9

| Bates Numbers | Recipient | From | Description of Document | Privilege Asserted |
|---|---|---|---|---|
| MUT001726 – MUT001728 | P. Purcell, Jeffrey M. Freedman, Esq., Brown Rudnick, Paul J. Hartnett, Jr., Esq., Brown Rudnick, Kenneth Chandler, Boston Herald | B. Dushman | Letter, dated March 9, 2005 re: Appeal interest | AC/WP-CID |
| MUT001731 – MUT001735 | J. Schaefer | B. Dushman | Fax re: calculation of interest | AC/WP-CID |
| MUT001736 | B. Dushman, K. Kernan | J. Schaefer | Letter, dated March 8, 2005 re: calculation of interest | AC/WP-CID |
| MUT001737 | J. Schaefer | B. Dushman | Letter, dated March 2, 2005 re: calculation of interest | AC/WP-CID |
| MUT001747 | | | Multiple emails by and between B. Dushman and K. Kernan dated February 28, 2005 re: interest calculation and strategy | AC/WP-CID |
| MUT001749 | J. Schaefer | B. Dushman | Fax Cover Sheet, dated February 25, 2005 re: interest calculation | AC/WP-CID |
| MUT001752 | B. Dushman | J. Schaefer | Letter, dated February 25, 2005 re: calculation of interest | AC/WP-CID |
| MUT001757 – MUT001762 | E. Ritvo, J. Schaefer | B. Dushman | Letter, dated February 24, 2005 re: Murphy Letter | AC/WP-CID |
| MUT001765 | | | Record of telephone conversation between K. Kernan and B. Dushman dated February 22, 2005 re: Appeal | AC/WP-CID |
| MUT001772 | | | Multiple e-mails by and between B. | AC/WP-CID |

| Bates Number | Recipient | From | Description of Document | Privilege Asserted |
|---|---|---|---|---|
| | | | Dushman, E. Ritvo, K. Kernan and J. Schaefer dated 2/17-2/18 re: trial updates | |
| MUT001774 | J. Schaefer, K. Kernan, E. Ritvo, J. Hermes | B. Dushman | Email, dated February 11, 2005 re: Trial Update | AC/WP-CID |
| MUT001775 | | | Multiple e-mails by and between B. Dushamn, K. Kernan, J. Schaefer, E. Ritvo and J. Hermes, dated February 9, 2005 re: Trial Update | AC/WP-CID |
| MUT001776 | | | Multiple e-mails by and between B. Dushman, E. Ritvo, J. Hermes, K. Kernan and J. Schaefer, dated February 8, 2005 re: Trial Update | AC/WP-CID |
| MUT001777 – MUT001778 | | | Multiple email stream by and between J. Schaefer, B. Dushman, K. Kernan, E. Ritvo, J. Hermes, dated February 2-3, 2005 re: Trial Update | AC/WP-CID |
| MUT001779 – MUT001783 | | | Multiple email stream by and between J. Schaefer, B. Dushman, K. Kernan and E. Ritvo, dated January 27-February 3, 2005 re: Trial Update | AC/WP-CID |
| MUT001784 – MUT001786 | | | Multiple email stream by and between J. Schaefer, B. Dushman, K. Kernan and E. Ritvo, dated January 28-February 2, 2005 re: Trial Update | AC/WP-CID |
| MUT001787 – MUT001788 | | | Multiple email stream by and between J. Schaefer, B. Dushman, K. Kernan and E. Ritvo , dated January 28-31, 2005 re: | AC/WP-CID |

11

| Bates Number | Recipient | From | Description of Document | Privilege Asserted |
|---|---|---|---|---|
| MUT001789 | | | Trial Update | |
| | | | Multiple email stream by and between J. Schaefer, B. Dushman and B. Ritvo, dated January 27-28, 2005 re: Trial Update | AC/WP-CID |
| MUT001790 – MUT001791 | | | Multiple email stream by and between J. Schaefer, B. Dushman, K. Kernan and B. Ritvo, dated January 25-26, 2005 re: Trial Update | AC/WP-CID |
| MUT001792 | | | Multiple email stream by and between J. Schaefer, B. Dushman, K. Kernan and B. Ritvo, dated January 25-26, 2005 re: Trial Update | AC/WP-CID |
| MUT001793 | | | Record of Telephone Conversation between J. Schaefer and B. Dushman, dated January 21, 2005 re: Update | AC/WP-CID |
| MUT001794 | | | Multiple email stream by and between J. Schaefer, B. Ritvo, K. Kernan and B. Dushman, dated January 20-21, 2005 re: Trial Update | AC/WP-CID |
| MUT001795 | | | Multiple email stream by and between J. Schaefer, B. Dushman and K. Kernan, dated January 17-20, 2005 re: Trial Update | AC/WP-CID |
| MUT001799 | J. Schaefer, E. Ritvo, J. Freedman, J. Magram | B. Dushman | Letter, dated November 16, 2004 re: status report | AC/WP-CID |
| MUT001801 – | J. Schaefer | B. Dushman | Status Report, dated October 31, 2004 | AC/WP-CID |

| Bates Number | Recipient | From | Description of Document | Privilege(s) Asserted |
|---|---|---|---|---|
| MUT001802 | | | | |
| MUT001803 – MUT00804 | | | Multiple email stream by and between K. Kernan, B. Dushman, E. Ritvo and J. Schaefer, dated September 17-22, 2004 re: case analysis and strategy | AC/WP-CID |
| MUT001808 | K. Kernan B. Dushman J. Hermes | E. Ritvo | Email, dated January 5, 2005 re: Trial Strategy | AC/WP-CID |
| MUT001817 | | | Record of Telephone Conversation between K. Kernan and E. Ritvo dated December 9, 2004 re: case strategy | AC/WP-CID |
| MUT001818 | K. Kernan | B. Dushman | Email, dated September 14, 2004 re: interlocutory appeal | AC/WP-CID |
| MUT001820 | B. Dushman, J. Schaefer | K. Kernan | Email, dated August 25, 2004 re: Summary Judgment | AC/WP-CID |
| MUT001821 | K. Kernan, P. Purcell, E. Ritvo, J. Hermes | B. Dushman | Letter, dated August 19, 2004 re: Summary Judgment | AC/WP-CID |
| MUT001822 | P. Purcell, K. Kernan, James McLaughlin, Boston Herald, E. Ritvo, J. Hermes | B. Dushman | Letter, dated August 10, 2004 re: Settlement discussions | AC/WP-CID |
| MUT001829 – MUT001833 | K. Kernan, E. Ritvo, J. Hermes, P. Purcell, J. McLaughlin | B. Dushman | Letter, dated July 29, 2004 re: depositions and strategy | AC/WP-CID |
| MUT001834 – MUT001835 | | | Multiple email stream by and between B. Dushman, K. Kernan, dated July 28- | AC/WP-CID |

13

| Bates Number | Recipient | From | Description of Document | Privilege Asserted |
|---|---|---|---|---|
| | | | 29, 2004 re: Deposition strategy | |
| MUT001836 | B. Dushman, J. Schaefer | K. Kernan | Email, dated June 22, 2004 re: invoice and strategy | AC/WP-CID |
| MUT001838 – MUT001840 | J. Schaefer, E. Ritvo, J. Freedman, J. Magram | B. Dushman | Letter, dated May 10, 2004 re: Status Report | AC/WP-CID |
| MUT001851 – MUT001852 | | | Multiple email stream by and between B. Dushman, K. Kernan, E. Ritvo, J. Hermes, dated February 12 - March 9, 2004 re: Status update | AC/WP-CID |
| MUT001853 | B. Dushman | K. Kernan | Email, dated February 12, 2004 re: Status update | AC/WP-CID |
| MUT001854 – MUT001855 | J. Schaefer, A. Costello, J. Magram, P. Purcell, E. Ritvo and J. Hermes | B. Dushman | Letter, dated February 5, 2004 re: status update | AC/WP-CID |
| MUT001864 | | | Multiple email stream by and between B. Dushman and K. Kernan, dated November 3-5, 2003 re: Status | AC/WP-CID |
| MUT001866 – MUT001868 | J. Schaefer, E. Ritvo, J. Freedman, J. Magram | B. Dushman | Letter, dated November 1, 2003 re: status report | AC/WP-CID |
| MUT001873 – MUT001874 | K. Kernan, E. Ritvo, J. Magram | B. Dushman | Letter, dated August 25, 2003 re: Case Update | AC/WP-CID |
| MUT001875 | B. Dushman, J. Schaefer | K. Kernan | Letter, dated August 21, 2003 re: invoice and case strategy | AC/WP-CID |

14

| Bates Number | Recipient | From | Description of Document | Privilege Asserted |
|---|---|---|---|---|
| MUT001876 | K. Kernan, J. Hermes | B. Dushman | Letter, dated June 25, 2003 re: case strategy | AC/WP-CID |
| MUT001877 | B. Dushman, J. Schaefer | K. Kernan | Letter, dated June 19, 2003 re: re: case strategy | AC/WP-CID |
| MUT001878 – MUT001880 | J. Schaefer, E. Ritvo, J. Magram, J. Freedman | B. Dushman | Letter, dated May 9, 2003 re: Status Report | AC/WP-CID |
| MUT001881 | | | Record of Telephone Conversation between K. Kernan and B. Dushman, dated May 8, 2003 re: trial strategy | AC/WP-CID |
| MUT001884 | B. Dushman | J. Schaefer | Letter, dated February 26, 2003 re: Case Strategy | AC/WP-CID |
| MUT001885 – MUT001888 | J. Schaefer, E. Ritvo, J. Hermes, Andrew Costello, Boston Herald, D. Wedge | B. Dushman | Letter, dated February 21, 2003 re: case analysis | AC/WP-CID |
| MUT001889 – MUT001890 | B. Dushman, K. Kernan | J. Schaefer | Letter, dated February 11, 2003 re: case strategy | AC/WP-CID |
| MUT001891 | J. Schaefer, E. Ritvo, J. Hermes | B. Dushman | Letter, dated January 29, 2003 re: deposition witnesses | AC/WP-CID |
| MUT001892 | B. Dushman, K. Kernan | J. Schaefer | Letter, dated January 3, 2003 re: case strategy | AC/WP-CID |
| MUT001893 | | | Record of Telephone Conversation between K. Kernan and B. Dushman, dated December 27, 2002 re: case strategy | AC/WP-CID |
| MUT001894 – MUT001895 | J. Schaefer, E. Ritvo, J. Hermes | B. Dushman | Letter, dated December 24, 2002 re: Update | AC/WP-CID |

15

| Bates Number | Recipient | From | Description of Document | Privilege Asserted |
|---|---|---|---|---|
| MUT001903 | | | Record of Telephone Conversation between B. Dushman and K. Kernan dated September 17, 2002 re: witnesses | AC/WP-CID |
| MUT001906 – MUT001907 | J. Schaefer | B. Dushman | Letter, dated July 22, 2002 re: case strategy | AC/WP-CID |
| MUT001908 | | | Record of Telephone Conversation between J. Schaefer and B. Dushman, dated July 10, 2002 re: witness issues | AC/WP-CID |
| MUT001918 – MUT001919 | B. Sanford, B. Brown, J. Schaefer | B. Dushman | Email, dated May 24, 2006 re: SJC Brief | AC/WP-CID |
| MUT001920 | | | Record of Telephone Conversation between B. Brown and J. Schaefer dated May 22, 2006 re: amicus briefs | AC/WP-CID |
| MUT001921 | | | Multiple email stream by and between J. Schaefer, B. Brown, B. Sanford, P. Purcell, J. Magram, D. Wedge, Kenneth Chandler, Boston Herald, J. Schaefer, dated May 20-22, 2006 re: Direct Appellate Review | AC/WP-CID |
| MUT001922 – MUT001923 | P. Purcell, J. Magram, J. Schaefer, D. Wedge, K. Chandler, B. Sanford | B. Brown | Email, dated May 20, 2006 re: Direct Appellate Review | AC/WP-CID |
| MUT001924 – MUT001925 | | | Multiple email stream by and between J. Schaefer, B. Brown, P. Purcell, J. Magram, B. Sanford, dated May 10-12, 2006 re:  Appeal | AC/WP-CID |

16

| Bates Number | Recipient | From | Description of Document | Privilege Asserted |
|---|---|---|---|---|
| MUT001927 – MUT001928 | P. Purcell, J. Magram, J. Schaefer, B. Sanford, B. Dushman | B. Brown | Email, dated April 25, 2006 re: appeal strategy | AC/WP-CID |
| MUT001933 – MUT001936 | | | Multiple email stream by and between B. Dushman, B. Sanford, J. Schaefer, E. Ritvo, B. Brown, J. Hermes, dated February 1-2, 2006 re: Rule 60 motion | AC/WP-CID |
| MUT001947 | J. Schaefer | B. Brown | Telephone Message Transcription, dated January 10, 2006 re: appeal strategy | AC/WP-CID |
| MUT001963 – PRODUCED IN REDACTED FORMAT | | | Multiple email stream by and between J. Schaefer, P. Purcell, J. Magram, B. Sanford, dated December 15, 2006 re: post-trial motions | AC/WP-CID |
| MUT001967 – MUT001969 | B. Dushman, P. Purcell, J. Schaefer | B. Sanford | Letter, dated December 5, 2005 re: Rule 60 motion | AC/WP-CID |
| MUT001972 – MUT001973 | B. Sanford, E. Ritvo, J. Schaefer, P. Purcell | B. Dushman | Letter, dated November 30, 2005 re: opposition to motion for post-judgment security | AC/WP-CID |
| MUT001976 | B. Brown, E. Ritvo, J. Hermes, B. Sanford, J. Schaefer, P. Purcell | B. Dushman | Letter, dated November 28, 2005 re: motion for attachment | AC/WP-CID |
| MUT001977 – MUT001978 | B. Brown, E. Ritvo, J. Hermes, B. Sanford, J. Schaefer, P. | B. Dushman | Letter, dated November 22, 2005 re: notice of cross appeal from H. Cooper | AC/WP-CID |

17

| Bates Numbers | Recipient | From | Description of Document | Privilege Asserted |
|---|---|---|---|---|
| MUT001979 – MUT001981 | P. Purcell, J. Magram, J. Schaefer | B. Sanford | Letter, dated November 18, 2005 re: Appellate Strategy and Budget | AC/WP-CID |
| MUT001987 | B. Dushman, B. Sanford | J. Schaefer | Letter, dated November 15, 2005 re: H. Cooper letter of 10/19/05 | AC/WP-CID |
| MUT001988 – MUT001989 | | | Multiple email stream by and between B. Dushman, J. Schaefer and B. Sanford, P. Purcell, dated November 14, 2005 re: notice of appeal | AC/WP-CID |
| MUT001992 – MUT001995 | J. Schaefer | B. Dushman | Letter, dated November 10, re: H. Cooper letter of 10/19/05 | AC/WP-CID |
| MUT001997 – MUT001998 | | | Multiple email stream by and between B. Dushman, J. Schaefer, B. Brown, E. Ritvo, J. Magram, P. Purcell, dated November 9, 2005 re: notice of appeal | AC/WP-CID |
| MUT001999 – MUT002000 | | | Multiple email stream by and between J. Schaefer. B. Sanford, P. Purcell, J. Magram, dated November 8-9, 2005 re: Appeal | AC/WP-CID |
| MUT002001 – MUT002002 | | | Multiple email stream by and between J. Schaefer, J. Magram, P. Purcell, M. Zamperini, B. Sanford dated November 8, 2005 re: Appeal | AC/WP-CID |
| MUT002003 | | | Multiple email stream by and between J. Schaefer, B. Sanford, P. Purcell, J. Magram, M. Zamperini, dated November 8, 2005 re: Appeal | AC/WP-CID |
| MUT002004 – | P. Purcell, J. | B. Sanford | Letter, dated November 8, 2005 re: case | AC/WP-CID |

18

| Bates Numbers | Recipient | From | Description of Document | Privilege Asserted |
|---|---|---|---|---|
| MUT002013 | Magram, J. Schaefer | | analysis | |
| MUT002032 – MUT002033 | | | Multiple email stream by and between J. Schaefer, B. Sanford and B. Brown, dated November 7-8, 2005 re: Appeal | AC/WP-CID |
| MUT002038 | | | Record of Telephone Conversation between J. Schaefer, B. Dushman and E. Ritvo, dated November 7, 2005 re: policy | AC/WP-CID |
| MUT002040 – MUT002041 | | | Multiple email stream by and between B. Dushman, J. Schaefer, J. Magram, P. Purcell, E. Ritvo, B. Sanford, J. Hermes, dated October 23 -29, 2005 re: Appeal | AC/WP-CID |
| MUT002042 – MUT002043 | | | Multiple e-mails by and between J. Schaefer, B. Sanford, P. Purcell, J. Hermes, B. Dushman, E. Ritvo dated October 23-28, 2005 re: notice of appeal | AC/WP-CID |
| MUT002054 | B. Sanford | J. Schaefer | Letter, dated October 24, 2005 re: H. Cooper Letter of October 19, 2005 | AC/WP-CID |
| MUT002058 | B. Sanford, Stephen Schaefer, Esq., O'Brien, Butler, McConihe & Schaefer, J. Lancaster | J. Schaefer | Email, dated October 22, 2005 re: H. Cooper Letter | AC/WP-CID |
| MUT002059 – MUT002067 | B. Brown, E. Ritvo, J. Hermes, J. Schaefer, K. Chandler | B. Dushman | Letter, dated October 20, 2005 re: case analysis | AC/WP-CID |

19

| Bates Numbers | Recipient | From | Description of Document | Privilege Asserted |
|---|---|---|---|---|
| MUT002085 | P. Purcell, K. Chandler, J. Schaefer, D. Wedge, B. Sanford, B. Brown, E. Ritvo, J. Hermes | B. Dushman | Letter, dated October 3, 2005 re: Status of Case | AC/WP-CID |
| MUT002087 – MUT002117 | E. Ritvo, J. Schaefer | B. Sanford | Letter, dated August 16, 2005, re: case analysis | AC/WP-CID |
| MUT002124 | | | Record of Telephone Conversation between J. Schaefer and B. Sanford, dated August 15, 2005 re: case analysis | AC/WP-CID |
| MUT002127 – MUT002128 | | | Multiple email stream by and between J. Schaefer, B. Dushman, E. Ritvo, J. Hermes, K. Kernan, dated July 24-25, 2005 re: trial strategy | AC/WP-CID |
| MUT002130 | | | Multiple email stream by and between J. Schaefer and B. Sanford, date July 20, 2005 re: case review | AC/WP-CID |
| MUT002131 - MUT002132 | J. Schaefer | B. Sanford | Telephone Message Transcription, dated July 13, 2005 re: case analysis | AC/WP-CID |
| MUT002133 | K. Kernan | B. Dushman | Letter, dated June 24, 2005 re: Invoice and strategy | AC/WP-CID |
| MUT002134 PRODUCED IN REDACTED FORMAT | B. Dushman, J. Schaefer | K. Kernan | Letter, dated June 21, 2005 re: invoice | AC/WP-CID |
| MUT002139 | | | Record of Telephone Conversation between J. Schaefer and B. Dushman, | AC/WP-CID |

| Bates Number | Recipient | From | Description of Documents | Privilege Asserted |
|---|---|---|---|---|
| | | | dated May 31, 2005 re: case status | |
| MUT002140 – MUT002141 | | | Multiple email stream by and between J. Schaefer, E. Ritvo, B. Sanford, K. Kernan, B. Dushman, dated May 20, 2005 re: JNOV | AC/WP-CID |
| MUT002142 – MUT002143 | | | Multiple email stream by and between J. Schaefer, B. Dushman, K. Kernan, E. Ritvo, J. Magram, P. Purcell, J. Hermes, dated May 12, 2005 re: appeal | AC/WP-CID |
| MUT002144 | | | Multiple email stream by and between J. Schaefer, B. Sanford, E. Ritvo, B. Dushman, K. Kernan, J. Magram, P. Purcell, dated May 12, 2005 re: Appeal | AC/WP-CID |
| MUT002145 | David Schultz | J. Schaefer | Email, dated May 12, 2005 re: appeal | AC/WP-CID |
| MUT002146 – MUT002147 | B. Sanford | J. Schaefer | Letter, dated May 11, 2005 re: appeal | AC/WP-CID |
| MUT002148 – MUT002149 | | | Multiple email stream by and between J. Magram, J. Schaefer, B. Wiegand, J. Lancaster, dated May 11, 2005 re: Appeal | AC/WP-CID |
| MUT002150 – MUT002151 | | | Multiple email stream by and between J. Schaefer, J. Magram, P. Purcell, B. Wiegand, J. Lancaster, dated May 11, 2005 re: Appeal | AC/WP-CID |
| MUT002154 – MUT002155 | | | Multiple email stream by and between J. Hermes, K. Kernan and J. Schaefer, dated May 6, 2005 re: JNOV | AC/WP-CID |
| MUT002159 – MUT002160 | K. Kernan, P. Purcell, D. Wedge | B. Dushman | Letter, dated April 12, 2005 re: JNOV | AC/WP-CID |

21

| Bates Numbers | Recipient | From | Description of Document | Privilege Asserted |
|---|---|---|---|---|
| MUT002165 – MUT002166 | | | O'Brien, Butler, McConihe and Schaefer Case Log, dated November 26, 2007, containing AC/WP status info from Herald counsel | AC/WP-CID |
| MUT002174 | | | Status document, dated October 24, 2003, containing AC/WP status info from Herald counsel | AC/WP-CID |
| MUT002175 | | | Status document, dated October 17, 2003, containing AC/WP status info from Herald counsel | AC/WP-CID |
| MUT002176 | | | Status document, dated August 28, 2003, containing AC/WP status info from Herald counsel | AC/WP-CID |
| MUT002177 | | | Status document, dated August 21, 2003, containing AC/WP status info from Herald counsel | AC/WP-CID |
| MUT002178 | | | Status document, dated July 23, 2003, containing AC/WP status info from Herald counsel | AC/WP-CID |
| MUT002179 | | | Status document, dated July 3, 2003, containing AC/WP status info from Herald counsel | AC/WP-CID |
| MUT002180 | | | Status document, dated June 6, 2003, containing AC/WP status info from Herald counsel | AC/WP-CID |
| MUT002181 | | | Status document, dated May 15, 2003, containing AC/WP status info from Herald counsel | AC/WP-CID |
| MUT002182 | | | Status document, dated May 8, 2003, | AC/WP-CID |

| Bates Number | Recipient | From | Description of Documents | Privilege Asserted |
|---|---|---|---|---|
| | | | containing AC/WP status info from Herald counsel | |
| MUT002183 | | | Status document, dated April 22, 2003, containing AC/WP status info from Herald counsel | AC/WP-CID |
| MUT002184 | | | Status document, dated February 26, 2003, containing AC/WP status info from Herald counsel | AC/WP-CID |
| MUT002185 | | | Status document, dated December 9, 2002, containing AC/WP status info from Herald counsel | AC/WP-CID |
| MUT002186 | | | Status document, dated October 21, 2002, containing AC/WP status info from Herald counsel | AC/WP-CID |
| MUT002187 | | | Status document, dated July 30, 2002, containing AC/WP status info from Herald counsel | AC/WP-CID |
| MUT002192 – MUT002193 | | | Multiple email stream by and between J. Schaefer, J. Lancaster, B. Brown, P. Purcell, Kevin Convey, Boston Herald, D. Wedge, I. Magram, G. Gage, Boston Herald, B. Sanford, Lee Ellis, Jr., dated July 10, 2007 re: C.J.C. charges | AC/WP-CID |
| MUT002231 – MUT002232 | J. Schaefer, Joseph Sano, Prince Lobel, Laurie Babinski | B. Brown | Email, dated June 7, 2007 re: Judgment Calculation | AC/WP-CID |
| MUT002235 – MUT002236 | | | Multiple email stream by and between B. Brown, J. Schaefer, B. Sanford, J. | AC/WP-CID |

23

| Bates Number | Recipient | From | Description of Document | Privilege Asserted |
|---|---|---|---|---|
| | | | Magram, dated June 6-7, 2007 re: Payment of Judgment | |
| MUT002238 | J. Schaefer, B. Sanford | B. Brown | Email, dated June 6, 2007 re: Payment of Judgment | AC/WP-CID |
| MUT002239 | P. Purcell, J. Schaefer, B. Dushman, J. Hermes, B. Sanford, B. Brown | E. Ritvo | Email, dated June 5, 2007 re: SJC Memorandum and Order | AC/WP-CID |
| MUT002249 | | | Record of Telephone Conversation between J. Schaefer and B. Brown, dated June 4, 2007 re: SJC Decision | AC/WP-CID |
| MUT002250 | | | Multiple email stream by and between B. Dushman, B. Brown, B. Sanford, J. Schaefer, J. Hermes, E. Ritvo, dated June 4, 2007 re: SJC Decision | AC/WP-CID |
| MUT002259 | J. Schaefer, B. Dushman, J. Hermes | E. Ritvo | E-mail dated May 30, 2007 re: calculation of interest | AC/WP-CID |
| MUT002265 | B. Sanford, J. Schaefer, B. Brown | J. Schaefer | E-mail dated May 30, 2007 re: payment of Judgment | AC/WP-CID |
| MUT002287 | J. Schaefer, P. Purcell, J. Magram, E. Ritvo | M. Zamperini, B. Sanford | Email, dated May 9, 2007 re: Telephone call from Michael Avery | AC/WP-CID |
| MUT002291 – MUT002292 | | | Multiple email stream by and between J. Schaefer, J. Lancaster, B. Brown, P. Purcell, J. Magram, K. Convey, D. Wedge, B. Sanford, L. Ellis, dated | AC/WP-CID |

24

| Bates Numbers | Recipient | From | Description of Document | Privilege Asserted |
|---|---|---|---|---|
| | | | March 7, 2007 re: M. Avery Letter to SJC | |
| MUT002296 – MUT002297 | | | Multiple email stream by and between J. Schaefer, B. Brown, B. Sanford, dated March 2, 2007 re: strategy | AC/WP-CID |
| MUT002303 – MUT002304 | | | Multiple email stream by and between J. Schaefer, S. Schaefer, B. Brown, P. Purcell, J. Magram, K. Convey, B. Sanford, dated February 27-28, 2007 re: Appeal | AC/WP-CID |
| MUT002305 – MUT002306 | P. Purcell, J. Magram, J. Schaefer | B. Sanford | Letter, dated February 21, 2007 re: E-mail from M. Avery | AC/WP-CID |
| MUT002315 | J. Schaefer, B. Ritvo, J. Hermes | B. Dushman | Letter, dated February 1, 2007 re: SJC oral argument | AC/WP-CID |
| MUT002316 – MUT002317 | | | Multiple email stream by and between J. Schaefer, B. Brown, B. Sanford, dated January 26-28, 2007 re: SJC oral Argument | AC/WP-CID |
| MUT002407 – MUT002408 | | | Multiple email stream by and between J. Schaefer, B. Brown, P. Purcell, J. Magram, D. Wedge, K. Chandler, B. Sanford, dated September 29- October 2, 2006 re: Appeal | AC/WP-CID |
| MUT002416 – MUT002417 | P. Purcell, J. Magram, K. Chandler, D. Wedge, J. Schaefer | B. Brown | Email, dated June 29, 2006 re: Amicus Brief | AC/WP-CID |
| MUT002418 | | | Multiple email stream by and between J. | AC/WP-CID |

25

| Bates Numbers | Recipient | From | Description of Document | Privilege Asserted |
|---|---|---|---|---|
| | | | Schaefer, B. Brown, J. Magram, K. Chandler, D. Wedge, B. Sanford, dated June 22-27, 2006 re: direct appellate review | |
| MUT002421 – MUT002422 | | | Multiple email stream by and between J. Schaefer, B. Brown, P. Purcell, J. Magram, K. Candler, D. Wedge, B. Sanford, dated June 13, 2006 re: to Direct Appellate Review | AC/WP-CID |
| MUT002428 – MUT002429 | | | O'Brien, Butler, McConihe and Schaefer Case Log, dated November 27, 2007, containing AC/WP status info from Herald counsel | AC/WP-CID |
| MUT002440 – MUT002441 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated June 19, 2007, detailing work done by attorneys | AC/WP-CID |
| MUT002476 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated April 20, 2007, detailing work done by attorneys | AC/WP-CID |
| MUT002483 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated March 16, 2007, detailing work done by attorneys | AC/WP-CID |
| MUT002490 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated December 11, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT002497 – MUT002498 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated November 14, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT002504 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated September 19, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT002507 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated October | |

26

| Bates Number | Recipient | From | Description of/in Document | Privilege Asserted |
|---|---|---|---|---|
| MUT002513 | J. Schaefer | C. Lyons | 13, 2006, detailing work done by attorneys<br>Brown Rudnick invoice dated August 18, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT002519 – MUT002520 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated July 18, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT002526 – MUT002527 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated June 15, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT002534 – MUT002544 | J. Schaefer | B. Sanford | Baker & Hostetler invoice dated June 30, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT002550 – MUT002551 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated April 27, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT002557 – MUT002558 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated March 17, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT002561 – MUT002563 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated March 10, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT002569 – MUT002573 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated January 10, 2006, detailing work done by attorneys | AC/WP-CID |
| MUT002579 – MUT002580 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated December 14, 2005, detailing work done by attorneys | AC/WP-CID |
| MUT002586 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated September 20, 2005, detailing work done by attorneys | AC/WP-CID |
| MUT002589 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated November 18, 2005, detailing work | AC/WP-CID |

27

| Bates Number | Recipient | From | Description of Document | Privilege Asserted |
|---|---|---|---|---|
| | | | done by attorneys | |
| MUT002595 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated October 17, 2005, detailing work done by attorneys | AC/WP-CID |
| MUT002601 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated June 9, 2005, detailing work done by attorneys | AC/WP-CID |
| MUT002604 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated August 12, 2005, detailing work done by attorneys | AC/WP-CID |
| MUT002606 | J. Schaefer | C. Lyons | Goulston & Storrs invoice dated April 20, 2005, detailing work done with Brown Rudnick attorneys | AC/WP-CID |
| MUT002613 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated July 14, 2005, detailing work done by attorneys | AC/WP-CID |
| MUT002619 – MUT002620 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated May 10, 2005, detailing work done by attorneys | AC/WP-CID |
| MUT002626 – MUT002628 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated April 12, 2005, detailing work done by attorneys | AC/WP-CID |
| MUT002635 – MUT002642 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated March 8, 2005, detailing work done by attorneys | AC/WP-CID |
| MUT002645 – MUT002659 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated February 17, 2005, detailing work done by attorneys | AC/WP-CID |
| MUT002660 – MUT002661 | B. Sanford | J. Schaefer | Letter, dated May 11, 2005 re: Appeal | AC/WP-CID |
| MUT002667 – MUT002674 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated January 6, 2005, detailing work done by attorneys | AC/WP-CID |
| MUT002679 – MUT002680 | B. Dushman, J. Magram | J. Schaefer | Letter, dated March 21, 2005 re: Invoices and case strategy | AC/WP-CID |

28

| Bates Numbers | Recipient | From | Description of Document | Privilege Asserted |
|---|---|---|---|---|
| MUT002681 | B. Dushman, K. Kernan | J. Schaefer | Letter, dated March 8, 2005 re: calculation of interest | AC/WP-CID |
| MUT002682 | J. Schaefer | B. Dushman | Letter, dated March 2, 2005 re: Calculation of Judgment | AC/WP-CID |
| MUT002689 – MUT002691 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated December 3, 2004, detailing work done by attorneys | AC/WP-CID |
| MUT002694 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated November 9, 2004, detailing work done by attorneys | AC/WP-CID |
| MUT002700 – MUT002701 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated October 21, 2004, detailing work done by attorneys | AC/WP-CID |
| MUT002707 – MUT002708 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated September 16, 2004, detailing work done by attorneys | AC/WP-CID |
| MUT002714 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated August 13, 2004, detailing work done by attorneys in unrelated case | AC/WP-CID |
| MUT002721 – MUT002723 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated May 11, 2004, detailing work done by attorneys in unrelated case | AC/WP-CID |
| MUT002725 – MUT002726 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated June 8, 2004, detailing work done by attorneys in unrelated case | AC/WP-CID |
| MUT002732 – MUT002733 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated July 20, 2004, detailing work done by attorneys | AC/WP-CID |
| MUT002738 – MUT002739 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated May 11, 2004, detailing work done by attorneys | AC/WP-CID |

| Bates Numbers | Recipient | From | Description of Document | Privilege Asserted |
|---|---|---|---|---|
| MUT002742 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated June 8, 2004, detailing work done by attorneys | AC/WP-CID |
| MUT002748 – MUT002750 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated February 13, 2004, detailing work done by attorneys | AC/WP-CID |
| MUT002752 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated April 9, 2004, detailing work done by attorneys | AC/WP-CID |
| MUT002758 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated March 9, 2004, detailing work done by attorneys | AC/WP-CID |
| MUT002764 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated January 8, 2004, detailing work done by attorneys | AC/WP-CID |
| MUT002776 – MUT002777 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated November 11, 2003, detailing work done by attorneys | AC/WP-CID |
| MUT002783 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated August 8, 2003, detailing work done by attorneys | AC/WP-CID |
| MUT002789 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated July 8, 2003, detailing work done by attorneys | AC/WP-CID |
| MUT002792 **PRODUCED IN REDACTED FORMAT** | B. Dushman | J. Schaefer | Letter, dated August 21, 2003 re: billing and strategy | AC/WP-CID |
| MUT002793 **PRODUCED IN REDACTED FORMAT** | B. Dushman, J. Schaefer | K. Kernan | Letter, dated June 19, 2003 re: billing and strategy | AC/WP-CID |
| MUT002798 – MUT002799 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated June 10, 2003, detailing work done by attorneys | AC/WP-CID |
| MUT002811 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated February | AC/WP-CID |

| Bates Numbers | Recipient | From | Description of Document | Privilege Asserted |
|---|---|---|---|---|
| | | | 12, 2003, detailing work done by attorneys | |
| MUT002817 – MUT002818 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated January 3, 2003, detailing work done by attorneys | AC/WP-CID |
| MUT002824 | J. Schaefer | C. Lyons | Brown Rudnick invoice dated December 5, 2002, detailing work done by attorneys | AC/WP-CID |
| MUT002828 – MUT002839 | J. Schaefer, J. Magram | B. Dushman | Letter, dated November 19, 2002 re: time entries through Oct. 2002 | AC/WP-CID |
| MUT002846 | B. Dushman, K. Kernan | J. Schaefer | Letter, dated January 3, 2003 re: First Amended Complaint and strategy | AC/WP-CID |
| MUT002847 – MUT002848 | J. Schaefer, E. Ritvo, J. Hermes | B. Dushman | Letter, dated December 24, 2002 re: case analysis | AC/WP-CID |

31