# EXHIBIT 2

**Prince, Lobel, Glovsky & Tye LLP**
Attorneys at Law

100 Cambridge Street
Suite 2200
Boston, MA 02114

617.456.8000 Tel
617.456.8100 Fax
PrinceLobel.com

Joseph S. Sano, Esq.
Direct Dial: 617-456-8145
Email Address: jsano@PrinceLobel.com

April 29, 2008

## VIA HAND DELIVERY & E-MAIL

Stephen J. Brake, Esquire
Nutter, McClennan & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210

Re:   Mutual Insurance Company v. The Honorable Ernest B. Murphy
      C.A. No.  07-11532-PBS

Dear Mr. Brake:

Enclosed please find a supplemental production bearing bates range MUT 003203-004472.  We have also included Mutual's privilege logs for redacted and withheld documents.  As with our prior production, certain documents within this range have been withheld at the request of The Boston Herald.  It is our understanding that The Herald is claiming privilege with respect to such documents and that its counsel will be forwarding a privilege log with respect to such documents.  With these documents, we believe that Mutual has completed its production obligations.

Please contact me with any questions.  Thank you.

Very truly yours,

PRINCE, LOBEL, GLOVSKY & TYE, LLP.

Joseph S. Sano

JSS/ekd
Enclosure
cc:   Sarah Kelly, Esq. - *via e-mail w/o enclosures*
      Jeffrey Hermes, Esq. - *via e-mail w/o enclosures*

🕸 PRINCE ▴ LOBEL ▴ GLOVSKY & TYE ⸗

Mutual Insurance Company- Honorable Ernest B. Murphy v. Boston Herald
Privilege Log

| Priv. Bates | Reg. Bates | Document Date | Document Type | Subject(s) | Author | Addressee | CC | Reason for Withhold |
|---|---|---|---|---|---|---|---|---|
| PRIV MUT 000003 | MUT 000395 | 10/12/2005 | Letter | Re: Payment of Herald Counsel invoices | J. Schaefer | M. Brown | | A/C |
| PRIV MUT 000005- 000075 | MUT 001463-1533 | | Cases and Statutes | Legal Research | S. Schaefer; L. Walsh | J. Schaefer | | A/C; WP |
| PRIV MUT 000076 | MUT 001535 | | Summary | Re: Correspondence between Mutual and Murphy | J. Schaefer | | | A/C; WP |
| PRIV MUT 000077- 000081 | MUT 001664-001668 | 3/23/2005 | Email | Re: response to Murphy Counsel | W. Wiegand | J. Schaefer | | A/C |
| PRIV MUT 000082 | MUT 001679 | 3/22/2005 | Notes | Re: JNOV and Appeal | K. Kernan | | | A/C |
| PRIV MUT 000083 | MUT 001687 | 3/18/2005 | Email | Re: JNOV | J. Schaefer | M. Goddard | E. J. Cellerini; R. Stevenson; J. Hirsch; E. Wilmer | R/I |
| PRIV MUT 000084- 000087 | MUT 001688-001691 | 3/15/2005 | Email | Re: Obtaining Counsel for Advice re appeal | J. Schaefer | W. Wiegand | K. Kernan | A/C |
| PRIV MUT 000088- 000090 | MUT 001703-001705 | 3/14/2005 | Email | Re: Obtaining Counsel for Advice re appeal | J. Schaefer | K. Kernan | | A/C; R/I |
| PRIV MUT 000091- 000093 | MUT 001753-001755 | 2/24/2005 | Memo | Re: Trial results, appeal | J. Schaefer | M. Goddard | | R/I |
| PRIV MUT 000094 | MUT 001756 | 2/24/2005 | Form | Re: Reserve Change | K. Kernan | | | Reserve |
| PRIV MUT 000095- 000097 | MUT 001766-1768 | 2/21/2005 | Email | Re: Jury Verdict | J. Schaefer | P. Denby; J. Holford | W. Wiegand; M. Goddard; R. Brewer | R/I |
| PRIV MUT 000098- 000099 | MUT 001769-001770 | 2/10/2005 | Email | Fw: Notes re trial | J. Schaefer | K. Kernan | | A/C |
| PRIV MUT 000100 | MUT 001773 | 2/15/2005 | Telephone Message | Re: Other Herald Case | R. Dushman | J. Schaefer | | Other Matters |
| PRIV MUT 000101 | MUT 001809 | 12/13/2004 | Form | Re: Reserve Change | K. Kernan | | | Reserve |
| PRIV MUT 000102 | MUT 001810 | 12/13/2004 | Email | Re: Reserves | K. Kernan | S. Schaefer | | Reserve |
| PRIV MUT 000103- 000104 | MUT 001811-001812 | 12/13/2004 | Email | Re: Reserves, Other Herald Case | J. Schaefer | K. Kernan | | A/C; Reserve, Other Matters |
| PRIV MUT 000105- 000108 | MUT 001813- 001816 | 12/13/2004 | Email | Re: Jury Consultants, Other Herald Cases | K. Kernan | J. Schaefer | | A/C, Other Matters |
| PRIV MUT 000109 | MUT 001819 | 8/26/2004 | Email | Re: Reserves | K. Kernan | S. Schaefer | | Reserve |
| PRIV MUT 000110 | MUT 001837 | 6/16/2004 | Email | Re: Application of billing guidelines | J. Schaefer | K. Kernan | | A/C |

Mutual Insurance Company- Honorable Ernest B. Murphy v. Boston Herald
## Privilege Log

| Priv. Entry # | Regular Bates # | Document Date | Document Type | Subject(s) | Author | Addressee | CC | Reason for Withhold |
|---|---|---|---|---|---|---|---|---|
| PRIV MUT 000111 | MUT 001856 | 1/20/2004 | Letter | Re: Reinsurance inspection, Reserves | J. Schaefer | P. Denby | | R/I |
| PRIV MUT 000112 | MUT 001857 | 1/19/2004 | Letter | Re: Reinsurance inspection, Reserves, Other Cases | J. Schaefer | J. Heath | | R/I; Reserves |
| PRIV MUT 000113 | MUT 001858 | 1/13/2004 | Email | Re: Reinsurance inspection Reserves, Other Cases | J. Schaefer | K. Kernan | | A/C; R/I; Reserves; Other Matters |
| PRIV MUT 000114 | MUT 001859 | 1/13/2004 | Email | Re: Reinsurance inspection Reserves, Other Cases | K. Kernan | J. Schaefer | | A/C; R/I; Reserves |
| PRIV MUT 000115-000117 | MUT 001860-001862 | 1/12/2004 | Memo | Re: Reinsurance inspection, Reserves, Other Cases | J. Schaefer | A. Statton; S. Schaefer; K. Kernan | | A/C; R/I |
| PRIV MUT 000118 | MUT 001863 | 1/5/2004 | Email | Re: Reinsurance inspection Reserves | K. Kernan | S. Hammock | | Reserve |
| PRIV MUT 000119 | MUT 001898 | 10/21/2002 | Email | Re: Reserves | K. Kernan | S. Hammock | | Reserve |
| PRIV MUT 000120 | MUT 001909 | 7/8/2002 | Letter | Re: Appointment as Mutual Counsel | J. Schaefer | Mutual Insurance | | A/C |
| PRIV MUT 000121 | MUT 001914 | 6/24/2002 | Letter | Re: Appointment as Mutual Counsel | J. Woods | J. Schaefer | | A/C |
| PRIV MUT 000122 | MUT 001926 | 4/27/2006 | Email | Re: Docketing appeal | J. Schaefer | F. Wilmer; R. Stevenson; M. Goddard | P. Denby | R/I |
| PRIV MUT 000124-000125 | MUT 001965-001966 | 12/5/2005 | Email | Re: Attachment Motion | J. Schaefer | P. Denby; R. Brewer | W. Wiegand | R/I; A/C |
| PRIV MUT 000126 | MUT 001970 | 12/4/2005 | Email | Re: Attachment Motion | J. Schaefer | W. Wiegand | | A/C; WP |
| PRIV MUT 000127 | MUT 001971 | 12/4/2005 | Notes | Re: Attachment Motion | J. Schaefer | | | A/C; WP |
| PRIV MUT 000128 | MUT 001982 | 11/16/2005 | Email | Re: Selection of Counsel For Mutual | J. Schaefer | D. Smallman | | A/C |
| PRIV MUT 000129 | MUT 001990 | 11/14/2005 | Email | Re: Reserve | J. Schaefer | M. Goddard; P. Denby | J. Hirsch; R. Stevenson | R/I; Reserve |
| PRIV MUT 000130 | MUT 001991 | 11/15/2005 | Email | Re: Appeal | J. Schaefer | M. Goddard; P. Denby | R. Stevenson | R/I |

Mutual Insurance Company-Honorable Ernest B. Murphy v. Boston Herald
Privilege Log

| Privilege # | Beginning Bates # | Document Date | Document Type | Subject(s) | Author | Addressee | CC | Reason to Withhold |
|---|---|---|---|---|---|---|---|---|
| PRIV MUT 000131-MUT 002014-002016 000133 | | | Memo | Re: Legal Research, Indemnity Insurance | J. Schaefer | C. Chang | | A/C |
| PRIV MUT 000134-MUT 002017-002029 000146 | | 11/8/2005 | Memo | Re: Indemnity Insurance | C. Chang | | | WP |
| PRIV MUT 000147-MUT 002034 | | 11/7/2005 | Legal Research | Re: Legal Research, Indemnity Insurance | J. Schaefer | C. Chang | | WP; A/C |
| PRIV MUT 000148 | MUT 002037 | 11/7/2005 | Memo | Re: Reserves | J. Schaefer | S. Schaefer | | Reserve |
| PRIV MUT 000149 | MUT 002039 | 11/4/2005 | Form | Re: Reserve Change | J. Schaefer | | | Reserve |
| PRIV MUT 000150-MUT 002068-002079 000161 | | 10/20/2005 | Letter | Re: Requests for legal advice | J. Schaefer | B. Sanford | | A/C |
| PRIV MUT 000162 | MUT 002125 | 7/27/2005 | Email | Re: Reserves | K. Kernan | J. Schaefer | | A/C; Reserve |
| PRIV MUT 000163 | MUT 002126 | 7/25/2005 | Email | Re: Status | J. Schaefer | M. Goddard | J. Hirsch; F. Wilmer; W. Wiegand; P. Denby | R/I |
| PRIV MUT 000164 | MUT 002129 | 7/20/2005 | Memo | Re: Propriety of legal expense | J. Schaefer | K. Kernan | | A/C |
| PRIV MUT 000165-MUT 002135-002136 000166 | | 6/10/2005 | Email | Re: Status | J. Schaefer | M. Goddard | P. Denby; K. Chung | A/C; WP; R/I |
| PRIV MUT 000167 | MUT 002137 | 6/10/2005 | Email | Re: Status | K. Kernan | J. Schaefer | | A/C |
| PRIV MUT 000168 | MUT 002138 | 6/9/2005 | Email | Re: Request for status | M. Goddard | J. Schaefer | K. Chung | R/I |
| PRIV MUT 000169 | MUT 002161 | 4/12/2005 | Email | Re: Status | K. Kernan | J. Schaefer | | A/C |
| PRIV MUT 000175 | MUT 002220 | 6/12/2007 | Article | Re: Judge Murphy | Boston Globe | | | WP |
| PRIV MUT 000176-MUT 002221-002224 000179 | | 6/12/2007 | Article | Re: Judge Thomas | Chicago Tribune | | | WP |
| PRIV MUT 000180-MUT 002225-002226 000181 | | 6/8/2007 | Email | Re:Calculation of Judgment | J. Schaefer | M. Goddard | P. Denby; W. Wiegand | R/I |
| PRIV MUT 000182-MUT 002227-002229 000184 | | 6/7/2007 | Email | Re: Payment of Judgment | J. Schaefer | M. Goddard; R. Stevenson | M. Brown; P. Denby; W. Wiegand; S. Schaefer | R/I; A/C |
| PRIV MUT 000185-MUT 002233-002234 000186 | | 6/7/2007 | Email | Re: Payment of Judgment | J. Schaefer | M. Goddard; R. Stevenson | M. Brown; P. Denby; W. Wiegand; S. Schaefer | R/I; A/C |

Mutual Insurance Company- Honorable Ernest B. Murphy v. Boston Herald
Privilege Log

| Priv. Index # | Bates # | Document Date | Document Type | Subject(s) | Author | Addressee | CC | Reason to Withhold |
|---|---|---|---|---|---|---|---|---|
| PRIV MUT 000187- 000189 | MUT 002244-002246 | 6/4/2007 | Email | Re: Denial, Petition for Rehearing Denied | B. Brown | J. Schaefer | | Agr |
| PRIV MUT 000190- 191 | MUT 002247-002248 | 6/4/2007 | Email | Re: Denial, Petition for Rehearing Denied | J. Schaefer | B. Brown, B. Sanford | J. Sano | Agr |
| PRIV MUT 000192 | MUT 002251 | 6/4/2007 | Telephone Message | Re: Payment method | J. Schaefer | B. Brown | | Agr |
| PRIV MUT 000193- 000194 | MUT 002252-002253 | 5/30/2007 | Email | Re: Satisfaction of Judgment calculation | J. Sano | J. Schaefer | | Agr |
| PRIV MUT 000195- 000196 | MUT 002254-002255 | 5/31/2007 | Email | Re: Cash call, Settlement | M. Goddard | W. Wiegand; P. Denby | S. Schaefer; J. Schaefer; D. Hare | R/I; Agr |
| PRIV MUT 000197- 000198 | MUT 002256-002257 | 5/30/2007 | Email | Re: Settlement | R. Stevenson | J. Schaefer; M. Goddard | P. Denby; W. Wiegand; S. Schaefer | R/I; Agr |
| PRIV MUT 000199 | MUT 002258 | 5/30/2007 | Email | Re: Settlement | B. Sanford | J. Schaefer | J. Sano; B. Brown | Agr |
| PRIV MUT 000200 | MUT 002260 | 5/30/2007 | Email | Re: Settlement | B. Brown | J. Schaefer | J. Sano | Agr |
| PRIV MUT 000201- 000202 | MUT 002261-002262 | 5/30/2007 | Email | Re: Satisfaction calculation, Settlement | B. Brown | J. Schaefer; J. Sano | | Agr |
| PRIV MUT 000203- 000204 | MUT 002263-002264 | 5/30/2007 | Email | Re: Satisfaction calculation, Settlement | J. Schaefer | B. Brown; J. Sano | | Agr |
| PRIV MUT 000205 | MUT 002266 | 5/30/2007 | Email | Re: Settlement | R. Stevenson | J. Schaefer; M. Goddard | P. Denby; W. Wiegand; S. Schaefer | R/I; Agr |
| PRIV MUT 000206 | MUT 002267 | 5/30/2007 | Email | Re: Settlement | J. Schaefer | M. Goddard; R. Stevenson | P. Denby; W. Wiegand; S. Schaefer | R/I; Agr |
| PRIV MUT 000207 | MUT 002270 | 5/23/2007 | Fax | Re: Correspondence from H. Cooper | J. Schaefer | B. Sanford; J. Sano | | Agr |
| PRIV MUT 000208 | MUT 002273 | 5/21/2007 | Fax | Re: Correspondence from H. Cooper | J. Schaefer | B. Sanford; J. Sano | | Agr |
| PRIV MUT 000209 | MUT 002275 | 5/17/2007 | Email | Re: Satisfaction of Judgment | J. Schaefer | M. Brown; M. Goddard | P. Denby; W. Wiegand | R/I |
| PRIV MUT 000210- 000211 | MUT 002282-02283 | 5/9/2007 | Email | Re: Satisfaction of Judgment, Reserves | L. Walsh | J. Schaefer | | A/C; Reserve |
| PRIV MUT 000212 | MUT 002288 | 2/16/2007 | Form | Re: Reserve Change | L. Walsh | | | Reserve |
| PRIV MUT 000213- 000214 | MUT 002289-002490 | 3/8/2007 | Email | Re: Murphy Appeal | J. Schaefer | L. Walsh | | A/C |

Mutual Insurance Company- Honorable Ernest B. Murphy v. Boston Herald

## Privilege Log

| Priv Bates # | Regular Bates # | Document Date | Document Type | Subject(s) | Author | Addressee | CC | Reason to Withhold |
|---|---|---|---|---|---|---|---|---|
| PRIV MUT 000215-000216 | MUT 002405-002406 | 10/19/2006 | Email | Re: Appeal Brief | J. Schaefer | D. Gray | | A/C; WP |
| PRIV MUT 000217 | MUT 002412 | | Memo | Re: Interest Calculation | J. Lancaster | J. Schaefer | | A/C; WP |
| PRIV MUT 000218-000219 | MUT 002414-002415 | 8/7/2006 | Email | Re: Murphy briefing schedule | J. Schaefer | M. Goddard; R. Stevenson; F. Wilmer | P. Denby; W. Wiegand | R/I |
| PRIV MUT 000220 | MUT 002420 | 6/13/2006 | Email | Re: Appeal status | J. Schaefer | P. Denby; M. Goddard | R. Stevenson; F. Wilmer; W. Wiegand | R/I |
| PRIV MUT 000236 | MUT 002455 | 8/14/2007 | Fax | Other non-Herald matter | J. Schaefer | M. Brown | | Other Matter |
| PRIV MUT 000237 | MUT 002456 | 8/14/2007 | Letter | Other non-Herald matter | J. Schaefer | M. Brown | | Other Matters |
| PRIV MUT 000238-000240 | MUT 002457-002459 | 6/28/2007 | Email | Re: Reinsurance Collections | J. Schaefer | M. Brown | | R/I |
| PRIV MUT 000241 | MUT 002460 | 6/28/2007 | Email | Re: Reinsurance Collections | D. Hare | M. Brown | M. Goddard | R/I |
| PRIV MUT 000242 | MUT 002461 | | | Re: Satisfaction calculations | M. Brown | | | A/C; WP |
| PRIV MUT 000243 | MUT 002462 | 5/21/2007 | Email | Re: Satisfaction calculations | J. Schaefer | M. Brown | W. Wiegand | A/C |
| PRIV MUT 000244 | MUT 002463 | 6/8/2007 | Email | Re: Request for status | K. Stein | S. Schaefer | | A/C |
| PRIV MUT 000245-000247 | MUT 002466-002468 | 6/8/2007 | Email | Re: Reinsurance Collections | J. Schaefer | M. Goddard | M. Brown; P. Denby; W. Wiegand; S. Schaefer; D. Hare | R/I |
| PRIV MUT 000248 | MUT 002469 | 3/1/2007 | Letter | Re: Payment of Herald Counsel | J. Schaefer | M. Brown | J. Hirsch | A/C |
| PRIV MUT 000249 | MUT 002718 | 7/9/2004 | Letter | Re: Payment of Herald Counsel, Other Herald matters | J. Schaefer | M. Brown | C. Paynter | Other Matters |
| PRIV MUT 000250 | MUT 002719 | 7/9/2004 | Letter | Re: Payment of Herald Counsel, Other Herald matters | J. Schaefer | C. Lyons | MICL | Other Matters |
| PRIV MUT 000251 | MUT 002766 | 1/30/2004 | Letter | Re: Payment of Herald Counsel, Other Herald matters | J. Schaefer | M. Brown | C. Paynter | Other Matters |

Mutual Insurance Company- Honorable Ernest B. Murphy v. Boston Herald
Privilege Log

| Priv. Bates | Regular Bates # | Document Date | Document Type | Subject(s) | Author | Addresses | cc | Reason to Withhold |
|---|---|---|---|---|---|---|---|---|
| PRIV MUT 000252-000254 | MUT 002767; 002769-002770 | 2/7/2004 | Letter | Re: Payment of Herald Counsel, Other Herald matters | J. Schaefer | C. Lyons | MICL | Other Matters |
| PRIV MUT 000255 | MUT 002801 | 5/9/2003 | Letter | Re: Payment of Herald Counsel, Other Herald matters | J. Schaefer | M. Brown | C. Paynter | Other Matters |
| PRIV MUT 000256 | MUT 002802 | 5/16/2003 | Letter | Re: Payment of Herald Counsel, Other Herald matters | J. Schaefer | C. Lyons | MICL | Other Matters |
| PRIV MUT 000257-000258 | MUT 002804-2805 | 4/8/2003 | Invoice | Re: Payment of Herald Counsel, Other Herald matters | Brown Rudnick | The Boston Herald | | Other Matters |
| PRIV MUT 000259 | MUT 003081 | 6/24/2002 | Letter | Re: Retention of counsel for Munal | J. Woods | J. Schaefer | | A/C |
| PRIV MUT 000261-00263 | | 1/9/2006 | Articles | Re: Judge Murphy | Lawyers Weekly | | | A/C; WP |
| PRIV MUT 0000277-0000280 | | 5/21/2007 | Fax | Re: Letter from H. Cooper | J. Schaefer | B. Sanford; J. Sano | | AGR |
| PRIV MUT - 0000414 | | 12/13/2005 | Email | Re: Retention of counsel for Munal, attachment Motion | J. Schaefer | B. Sanford; R. Dushman | J. Sano | Common Interest |
| PRIV MUT - 0000415-0000416 | | 12/13/2005 | Email | Re: Attachment Motion | R. Dushman | J. Schaefer | J. Sano; B. Sanford | Common Interest |
| PRIV MUT - 0000417-0000418 | | 12/13/2005 | Email | Re: Attachment Motion | J. Sano | R. Dushman; J. Schaefer | B. Sanford | Common Interest |
| PRIV MUT - 0000419-0000420 | | 12/13/2005 | Email | Re: Attachment Motion | R. Dushman | J. Sano | | Common Interest |
| PRIV MUT - 0000429-0000445 | | 12/13/2005 | Email | Re: Attachment Motion | R. Dushman | J. Sano | B. Sanford; J. Schaefer; E. Ritvo | Common Interest |
| PRIV MUT 0000469-0000489 | | 12/15/2005 | Email | Re: Rule 60 Motion, Attachment Motion | J. Schaefer | P. Purcell; J. Magram | | Common Interest |
| PRIV MUT 0000526-0000529 | | 12/19/2005 | Email | Re: Attachment Motion | J. Sano | R. Dushman | | Common Interest |
| PRIV MUT - 0000556-0000572 | | 12/20/2005 | Email | Re: Attachment Motion | E. Ritvo | J. Sano | | Common Interest |

Mutual Insurance Company- Honorable Ernest B. Murphy v. Boston Herald
Privilege Log

| Prod Bates # | Regular Bates # | Placement Date | Document Type | Subject(s) | Author | Addressee | CC | Reason to Withhold |
|---|---|---|---|---|---|---|---|---|
| PRIV MUT - 0000596-0000597 | | 12/20/2005 | Email | Re: Attachment Motion | J. Sano | E. Ritvo | | Common Interest |
| PRIV MUT - 0000641-0000643 | | 1/20/2006 | Email | Re: Attachment Motion | J. Sano | E. Ritvo; B. Sanford | | Common Interest |
| PRIV MUT - 0000648 | | 1/20/2006 | Email | Re: Attachment Motion | J. Sano | E. Ritvo; B. Sanford | | Common Interest |
| PRIV MUT - 0000649-0000650 | | 1/20/2006 | Email | Re: Attachment Motion | E. Ritvo | J. Sano | | Common Interest |
| PRIV MUT - 0000651-0000652 | | 1/20/2006 | Email | Re: Attachment Motion | J. Sano | E. Ritvo | | Common Interest |
| PRIV MUT - 0000654-0000656 | | 1/20/2006 | Email | Re: Attachment Motion | E. Ritvo | J. Sano | | Common Interest |
| PRIV MUT - 0000657-0000659 | | 1/20/2006 | Email | Re: Attachment Motion | J. Sano | E. Ritvo | | Common Interest |
| PRIV MUT - 0000660-0000662 | | 1/20/2006 | Email | Re: Attachment Motion | J. Sano | E. Ritvo | | Common Interest |
| PRIV MUT - 0000663-0000665 | | 1/20/2006 | Email | Re: Attachment Motion | E. Ritvo | J. Sano | | Common Interest |
| PRIV MUT - 0000666-0000667 | | 1/20/2006 | Email | Re: Attachment Motion | B. Sanford | J. Sano; E. Ritvo | | Common Interest |
| PRIV MUT - 0000671-0000672 | | 1/27/2006 | Email | Re: Attachment Motion | J. Schaefer | J. Sano | B. Sanford | Common Interest |
| PRIV MUT - 0000681-0000683 | | 1/27/2006 | Email | Re: Attachment Motion | R. Dushman | J. Sano | E. Ritvo; B. Sanford | Common Interest |
| PRIV MUT - 0000689-0000691 | | 1/27/2006 | Email | Re: Attachment Motion | J. Sano | R. Dushman, B. Sanford | E.Ritvo | Common Interest |
| PRIV MUT - 0000692-0000693 | | 1/27/2006 | Email | Re: Attachment Motion | R. Dushman | J. Sano | E. Ritvo; B. Sanford | Common Interest |
| PRIV MUT - 0000696-0000697 | | 1/30/2006 | Email | Re: Attachment Motion | R. Dushman | J. Sano | | Common Interest |
| PRIV MUT - 0000704-0000705 | | 1/30/2006 | Email | Re: Attachment Motion | J. Sano | R. Dushman | B. Sanford | Common Interest |
| PRIV MUT - 0000706-0000707 | | 1/30/2006 | Email | Re: Attachment Motion | J. Sano | R. Dushman, B. Sanford | | Common Interest |

Mutual Insurance Company-Honorable Ernest B. Murphy v. Boston Herald

## Privilege Log

| Priv Bates | Register Bates | Document Date | Document Type | Subject(s) | Author | Addressee | Recipient | Reasons to Withhold |
|---|---|---|---|---|---|---|---|---|
| PRIV MUT - 0000711-0000713 | | 1/30/2006 | Email | Re: Attachment Motion | R. Dushman | J. Sano | | Common Interest |
| PRIV MUT - 0000714-0000716 | | 1/30/2006 | Email | Re: Attachment Motion | B. Sanford | J. Sano; R. Dushman | | Common Interest |
| PRIV MUT - 0000724 | | 2/8/2006 | Email | Re: Call from Murphy Counsel | J. Sano | B. Sanford | | Common Interest |
| PRIV MUT - 0000739-0000740 | | 4/12/2006 | Email | Re: Media Lawyers Group Meeting | B. Sanford | J. Sano | | Common Interest |
| PRIV MUT - 0000741-0000742 | | 4/12/2006 | Email | Re: Media Lawyers group meeting | J. Sano | B. Sanford | | Common Interest |
| PRIV MUT - 0000741-0000743 | | 4/12/2006 | Email | Re: Media Lawyers group meeting | B. Sanford | J. Sano | | Common Interest |
| PRIV MUT - 0000745-0000746 | | 4/12/2006 | Email | Re: Media Lawyers group meeting | B. Sanford | J. Sano | | Common Interest |
| PRIV MUT - 0000798-0000800 | | 5/21/2007 | Email | Re: Satisfaction Calculation | J. Schaefer | J. Sano | B. Sanford | Agr |
| PRIV MUT - 0000801-0000802 | | 5/21/2007 | Email | Re: Satisfaction Calculation | J. Schaefer | B. Sanford; J. Sano | | Agr |
| PRIV MUT - 0000844 | | 5/21/2007 | Email | Re: Settlement | J. Schaefer | B. Sanford | J. Sano | Agr |
| PRIV MUT - 0000846-0000859 | | 5/21/2007 | Email | Re: Petition for Rehearing | B. Brown | J. Sano | | Agr |
| PRIV MUT - 0000860 | | 5/22/2007 | Email | Re: Blog Post re Petition for Rehearing | B. Brown | J. Sano | | Agr |
| PRIV MUT - 0000863-0000864 | | 5/22/2007 | Email | Re: Settlement Authorization | J. Sano | B. Brown | | Agr |
| PRIV MUT - 0000865-0000866 | | 5/22/2007 | Email | Re: Settlement Authorization | B. Brown | J. Sano | | Agr |
| PRIV MUT - 0000867 | | 5/24/2007 | Email | Re: Settlement Authorization | J. Schaefer | J. Sano; B. Sanford | | Agr |
| PRIV MUT - 0000872 | | 5/25/2007 | Email | Re: Settlement | J. Schaefer | B. Sanford | J. Sano | Agr |
| PRIV MUT - 0000873 | | 5/25/2007 | Email | Re: Settlement Authorization | B. Brown | J. Sano | B. Sanford | Agr |

Mutual Insurance Company- Honorable Ernest B. Murphy v. Boston Herald
Privilege Log

| PRIV Bates # | Redirections | Documents Date | Document Type | Subject(s) | Author(s) | Addressee | cc | Reason to withhold |
|---|---|---|---|---|---|---|---|---|
| PRIV MUT - 0000878 | | 5/29/2007 | Email | Re: Settlement Discussions | H. Cooper | J. Sano | | Agr |
| PRIV MUT - 0000879 | | 5/29/2007 | Email | Re: Settlement Discussions | J. Sano | H. Cooper | | Agr |
| PRIV MUT - 0000880-0000881 | | 5/29/2007 | Email | Re: Settlement Discussions | H. Cooper | J. Sano | | Agr |
| PRIV MUT - 0000882-0000883 | | 5/29/2007 | Email | Re: Settlement Discussions | J.Sano | J. Schaefer; B. Brown | | Agr |
| PRIV MUT - 0000885 | | 5/29/2007 | Email | Re: Wire Instructions | B. Brown | J. Schaefer; J. Sano | | Agr |
| PRIV MUT - 0000887 | | 5/30/2007 | Email | Re: Settlement | H. Cooper | J. Sano | | Agr |
| PRIV MUT - 0000891 | | 5/30/2007 | Email | Re: Settlement | J. Sano | J. Schaefer; B. Brown | | Agr |
| PRIV MUT - 0000892 | | 5/30/2007 | Email | Re: Satisfaction of Judgment | J. Schaefer | B. Sanford | J. Sano; B. Brown | Agr |
| PRIV MUT - 0000893 | | 5/30/2007 | Email | Re: Settlement | B. Sanford | J. Schaefer | J. Sano; B. Brown | Agr |
| PRIV MUT - 0000894-0000895 | | 5/30/2007 | Email | Re: Satisfaction Calculation | B. Brown | J. Schaefer; J. Sano | | Agr |
| PRIV MUT - 0000896 | | 5/30/2007 | Email | Re: Satisfaction Calculation | J. Schaefer | B. Brown; J. Sano | | Agr |
| PRIV MUT - 0000898-0000899 | | 5/30/2007 | Email | Re: Satisfaction Calculation | J. Schaefer | J. Sano | B. Brown | Agr |
| PRIV MUT - 0000918-0000919 | | 5/30/2007 | Email | Re: Satisfaction Calculation | B. Brown | J. Schaefer; J. Sano | | Agr. |
| PRIV MUT - 0000927-0000929 | | 5/30/2007 | Email | Re: Satisfaction Calculation | J. Schaefer | B. Brown | J. Sano | Agr. |
| PRIV MUT - 0000930-0000932 | | 5/30/2007 | Email | Re: Satisfaction Calculation | B. Brown | J. Schaefer; B. Brown; B. Sanford | J. Sano | Agr. |
| PRIV MUT - 0000953-0000954 | | 5/30/2007 | Email | Re: Satisfaction Calculation | J. Sano | B. Brown; B. Sanford | J. Schaefer | Agr. |
| PRIV MUT - 0000955 | | 5/30/2007 | Email | Re: Satisfaction Calculation | J. Sano | B. Brown; B. Sanford | J. Schaefer | Agr. |

Mutual Insurance Company- Honorable Ernest B. Murphy v. Boston Herald

Privilege Log

| PRIV Priv - Bates # | Regula Bates # | Document # Date | Document Type | Subject(s) | Author | Addressee | CC | Reason(s) Withheld |
|---|---|---|---|---|---|---|---|---|
| PRIV MUT - 0000956 | | 6/1/2007 | Email | Re: Satisfaction Authorization | J. Schaefer | B. Brown; B. Sanford | J. Sano | Agr. |
| PRIV MUT - 0000972-0000973 | | 6/4/2007 | Email | Re: SJC Denial of Petition for Rehearing | H. Cooper | J. Sano | | Agr. |
| PRIV MUT - 0000976-0000978 | | 6/4/2007 | Email | Re: SJC Denial of Petition for Rehearing | J. Schaefer | B. Brown, B. Sanford | J. Sano | Agr. |
| PRIV MUT - 0000983 | | 6/6/2007 | Email | Re: Satisfaction of Judgment | J. Schaefer | B. Brown | B. Sanford; J. Sano; M. Brown | Agr. |
| PRIV MUT - 0000991-0000992 | | 6/7/2007 | Email | Re: Payment of Murphy Judgment | | M. Goddard; R. Stevenson | M. Brown; P. Denby; B. Wiegand; S. Schaefer | R/I |
| PRIV MUT - 0000993-0000994 | | 6/7/2007 | Email | Re: Satisfaction Calculation | B. Brown | J. Schaefer; J. Sano | L. Babinski | Agr |
| PRIV MUT - 0001023-0001028 | | 2/25/2005 | Email | Re: Report re Jury Verdict | K. Kernan | M. Goddard | J. Schaefer | R/I |
| PRIV MUT - 0001029-0001146 | | 7/13/2005 | Email | Re: OBMS Legal Bills | J. Schaefer | M. Brown | S. King; J. Lancaster | A/C; WP; Other Matters |
| PRIV MUT - 0001147-0001149 | | 7/19/2005 | Email | Re: Reinsurance Claims | J. Hirsch | J. Schaefer | F. Wilmer; R. Diaz | R/I ; Other Matters |
| PRIV MUT - 0001150-0001153 | | 7/25/2005 | Email | Re: Reinsurance Claims | F. Wilmer | J. Schaefer; J. Hirsch | | R/I ; Other Insurers |
| PRIV MUT - 0001154-0001158 | | 12/2/2005 | Email | Re: Other Herald Case | R. Dushman | J. Schaefer | E. Ritvo | Other Matters |
| PRIV MUT - 0001162-0001164 | | 12/6/2005 | Email | Re: Other Herald Case | S. Schaefer | R. Dushman | W. Wiegand; J. Schaefer | Other Matters |
| PRIV MUT - 0001165-0001262 | | 3/20/2006 | Email | Re: Reinsurance Notices | S. Schaefer | M. Goddard | P. Denby; R. Stevenson; J. Schaefer; B. Wiegand | R/I; Reserve; Other Matters |
| PRIV MUT - 0001263-0001265 | | 3/22/2006 | Email | Re: Reinsurance Inspection | R. Stevenson | S. Schaefer; M. Goddard; J. Schaefer | P. Denby; J. Hirsch; B. Wiegand; F. Wilmer | R/I; Other Matters Reserves |
| PRIV MUT - 0001266-0001270 | | 3/23/2006 | Email | Re: Reinsurance Notices | F. Wilmer | J. Schaefer | | R/I; Other Insurers; Reserves |

Mutual Insurance Company- Honorable Ernest B. Murphy v. Boston Herald
Privilege Log

| Prod. Bates | Beginning Bates | Document Date | Document Type | Subject(s) | Author | Addressee | CC | Reason to Withhold |
|---|---|---|---|---|---|---|---|---|
| PRIV MUT - 0001271-0001272 | | | | | | P. Denby; M. Goddard; R. Stevenson; F. Wilner; J. Hirsch | | |
| PRIV MUT - 0001273-0001403 | | 11/13/2006 | Email | Re: News Article | J. Schaefer | P. Denby; M. Goddard; R. Stevenson; F. Wilner; | | R/I |
| PRIV MUT - 0001404-0001405 | | 12/5/2006 | Email | Re: Appellate Brief, Amicus Brief | J. Schaefer | J. Schaefer; S. Schaefer | | R/I |
| PRIV MUT - 0001406-0001409 | | 1/12/2007 | Email | Re: Reinsurance Inspection, Reserves | M. Goddard | J. Schaefer; B. Wiegand | | R/I; Reserves; Other Matters |
| PRIV MUT - 0001410-0001412 | | 1/12/2007 | Email | Re: Reinsurance Inspection | P. Denby | J. Schaefer; B. Wiegand | | R/I; Reserve; Other Matters |
| PRIV MUT - 0001413 | | 6/21/2007 | Email | Re: Oral Argument | M. Goddard | J. Schaefer; B. Wiegand | | R/I |
| PRIV MUT - 0001416-0001417 | | 6/21/2007 | Email | Re: Reinsurance Collections | M. Goddard | J. Schaefer | D. Hare; P Denby | R/I |
| PRIV MUT - 0001418-0001419 | | 3/10/2005 | Email | Re: Retention of Counsel re appeal | D. Schulz | J. Schaefer | | A/C |
| PRIV MUT - 0001420-0001421 | | 3/10/2005 | Email | Re: Retention of Counsel re appeal | D. Schulz | J. Schaefer | | A/C |
| PRIV MUT - 0001422-0001450 | | 3/18/2005 | Email | Re: Retention of Counsel re appeal | W. Wiegand | J. Schaefer | | A/C |
| PRIV MUT - 0001451 | | 4/8/2005 | Email | Re: JNOV | K. Kernan | J. Schaefer | | A/C |
| PRIV MUT - 0001452-0001454 | | 5/4/2005 | Email | Re: Payment of Legal Fees | K. Kernan | J. Schaefer | | A/C;WP |
| PRIV MUT - 0001455 | | 6/7/2005 | Email | Re: Evaluation of Trial Findings | K. Kernan | M. McConibe | | A/C |
| PRIV MUT - 0001456-0001458 | | 10/24/2005 | Email | Re: Draft Correspondence | J. Lancaster | J. Schaefer | | A/C; WP |
| PRIV MUT - 0001459-0001462 | | 11/8/2005 | Email | Re: Research Memo re Indemnity policy | C. Chang | J. Schaefer | | A/C; WP |

Mutual Insurance Company- Honorable Ernest B. Murphy v. Boston Herald
Privilege Log

| Priv Bates # | Recipient Bates # | Document Date | Document Type | Subject(s) | Author | Addressee | CC | Reason for Withhold |
|---|---|---|---|---|---|---|---|---|
| PRIV MUT-0001463-0001464 | | 12/6/2005 | Email | Re: Attachment Motion | P. Denby | J. Schaefer; R. Brewer | | R/I; Common Interest |
| PRIV MUT-0001465 | | 12/7/2005 | Email | Re: Selection of Counsel | B. Brown | J. Schaefer | | A/C |
| PRIV MUT-0001469-0001470 | | 12/15/2005 | Email | Re: Draft Correspondence | J. Lancaster | J. Schaefer | | A/C; WP |
| PRIV MUT-0001482-0001484 | | 12/16/2005 | Email | Re: Attachment Motion | M. Burns | J. Schaefer | | A/C; Common Interest |
| PRIV MUT-0001526-0001527 | | 1/12/2006 | Email | Re: Reserves | M. Brown | R. Mulder; J. Schaefer | | Reserve; Other Matters |
| PRIV MUT-0001528-0001529 | | 1/20/2006 | Email | Re: Reinsurance Notices | S. Schaefer | J. Schaefer | | A/C; Other Matters |
| PRIV MUT-0001551-0001553 | | 3/10/2006 | Email | Re: Counsel Payments, Reserves | S. Schaefer | J. Schaefer | | A/C; Reserve; R/I |
| PRIV MUT-0001554-0001619 | | 3/17/2006 | Email | Re: Reserves | S. Schaefer | M. Brown | J. Schaefer; B. Wiegand; J. Lancaster | A/C; Reserve; Other Matters |
| PRIV MUT-0001620-0001621 | | 3/17/2006 | Email | Re: Reserves | M. Brown | S. Schaefer | J. Schaefer | A/C;Reserve, Other Matters |
| PRIV MUT-0001622-0001623 | | 3/31/2006 | Email | Re: Counsel Payments | J. Lancaster | M. Brown | W. Wiegand; J. Schaefer; S. Schaefer; J. Castrovinci | A/C. Other Matters |
| PRIV MUT-0001624-0001627 | | 4/3/2006 | Email | Re: Counsel Payments | J. Lancaster | W. Wiegand | J. Schaefer; | A/C; Other Matters |
| PRIV MUT-0001635-0001638 | | 8/15/2006 | Email | Re: Audit, Reserves | M. Brown | J. Schaefer | | A/C; Reserves |
| PRIV MUT-0001639-0001650 | | 1/19/2007 | Email | Re: Reinsurance Notices; Reserves | L. Walsh | J. Schaefer | | Reserve; A/C; Other Matters |
| PRIV MUT-0001651-0001653 | | 1/22/2007 | Email | Re: Reinsurance Notices, Reserves | L. Walsh | J. Schaefer; S. Schaefer | | Reserve; A/C; Other Matters |
| PRIV MUT-0001654 | | 2/6/2007 | Email | Re: Attorney Staffing Approval | S. Schaefer | J. Schaefer | | A/C |
| PRIV MUT-0001658-0001659 | | 5/21/2007 | Email | Re: Satisfaction Calculation | L. Walsh | J. Schaefer | | A/C |

Mutual Insurance Company- Honorable Ernest B. Murphy v. Boston Herald
Privilege Log

| Priv Bates #s | Requin-Bates #s | Document Date | Document Type | Subject(s) | Author | Addressee(s) | CC | Reason Withheld |
|---|---|---|---|---|---|---|---|---|
| PRIV MUT-0001676 | | 5/29/2007 | Email | Re: Settlement | H. Cooper | J. Sano | | Agr. |
| PRIV MUT-0001714 | | 6/7/2007 | Email | Re:Reserve | M. Brown | J. Schaefer | S. Schaefer | A/C; Reserves |
| PRIV MUT-0001717-0001779 | | 6/7/2007 | Email | Re: Reserves | S. Schaefer | M. Brown | J. Schaefer; W. Wiegand; J. Lancaster | A/C; Reserves; Other Matters |
| PRIV MUT-0001784-0001785 | | 6/14/2007 | Email | Re: Payments to Counsel | J. Lancaster | W. Wiegand | J. Schaefer | A/C; Other Matters |
| PRIV MUT-0001786 | | 7/3/2007 | Email | Re: Satisfaction of Judgment | S. Schaefer | M. Brown | | A/C |
| PRIV MUT-0001787-0001788 | | 7/10/2007 | Email | Re: Claims Reimbursement | J. Lancaster | W. Wiegand | J. Schaefer | A/C; Other Matters |
| PRIV MUT-0001789-0001790 | | 7/17/2007 | Email | Re: Loss Runs | J. Schaefer | S. Schaefer | | A/C |
| PRIV MUT-0001791-0001795 | | 7/16/2007 | Email | Re: Loss Runs | S. Schaefer | M. Brown | J. Schaefer | A/C; Other Matters |
| PRIV MUT-0001796-0001835 | | 7/17/2007 | Email | Re: Reserves | S. Schaefer | M. Brown | J. Schaefer | A/C; Reserves; Other Matters |
| PRIV MUT-0001983-0001991 | | 3/21/2006 | Invoices | Invoices | C. Lyons | J. Schaefer | | Other Matters |
| PRIV MUT-0001992 | | 11/21/2006 | Email | Re: Amicus Brief | J. Schaefer | P. Denby; M. Goddard; R. Stevenson; F. Wilmer | | R/I |
| PRIV MUT-0001993-0002061 | | 12/5/2006 | Email | Re: Appellate Brief | J. Schaefer | P. Denby; M. Goddard; R. Stevenson; F. Wilmer | | R/I |
| PRIV MUT-0002062-0002102 | | 12/21/2006 | Email | Re: Reply Brief | J. Schaefer | P. Denby; M. Goddard; R. Stevenson; F. Wilmer | B. Wiegand | R/I |
| PRIV MUT-0002103 | | 2/12/2007 | Email | Re: Oral Argument | J. Schaefer | M. Goddard; R. Stevenson | P. Denby; B. Wiegand | R/I |

Mutual Insurance Company- Honorable Ernest B. Murphy v. Boston Herald
Privilege Log

| Beg Attach | Beg Bates | Document Type | Document Date | Subject(s) | Author | Addressee | CC | Reason to Withhold |
|---|---|---|---|---|---|---|---|---|
| PRIV MUT-0002104-0002107 | | Email | 2/22/2007 | Fw: B&H 2/21/07 correspondence re appeal | J. Schaefer | S. Schaefer | | A/C |
| PRIV MUT-0002108-0002110 | | Email | 2/28/2007 | Fw: B&H 2/27/07 email re appeal | J. Schaefer | S. Schaefer | | A/C |
| PRIV MUT-0002111-0002117 | | Email | 2/28/2007 | Fw: 2/27/07 B&H email re appeal | J. Schaefer | S. Schaefer | | A/C |
| PRIV MUT-0002118-0002122 | | Email | 3/8/2007 | Fw: B&H email 3/7/2007 re avery letter | J. Schaefer | L. Walsh | | A/C |
| PRIV MUT-0002123-0002129 | | Email | 3/8/2007 | Fw: B&H 3/2/2007 email attaching rule 22 letter | J. Schaefer | L. Walsh | | A/C |
| PRIV MUT-0002130-0002134 | | Email | 3/11/2007 | Fw: 3/7/2007 B&H email attaching Avery letter | J. Schaefer | J. Lancaster | | A/C |
| PRIV MUT-0002145-0002147 | | Email | 5/21/2007 | Re: Satisfaction Calculation | J. Schaefer | J. Sano | B. Sanford | A/C-Agr |
| PRIV MUT-0002213 | | Email | 5/30/2007 | Re: Settlement | J. Schaefer | M. Goddard; R. Stevenson | P. Denby; B. Wiegand; S. Schaefer | R/I; Agr. |
| PRIV MUT-0002215-0002216 | | Email | 5/30/2007 | Re: Satisfaction Calculation | J. Schaefer | J. Sano | B. Brown; | Agr |
| PRIV MUT-0002217-0002219 | | Email | 5/30/2007 | Re: Satisfaction Calculation | J. Schaefer | B. Brown | J. Sano | Agr |
| PRIV MUT-0002220-0002257 | | Billing | 5/1/05-4/13/08 | Re: OBMS Legal Bills | OBMS | | | A/C; WP |
| PRIV MUT-0002258-0002271 | | Billing | 1/12/05-4/22/05 | Re: OBMS Legal Bills | OBMS | | | A/C; WP |

Mutual Insurance Company- Honorable Ernest B. Murphy v. Boston Herald

## Redaction Log

| Bates/Range | Document Date | Document Type | Subject | Author | Addressee | To/CC | Reason for Redaction |
|---|---|---|---|---|---|---|---|
| MUT 000010 | Various | Invoice | Re: Counsel Payment | OBMS | | | WP |
| MUT 000011 | Various | Invoice | Re: Counsel Payment | OBMS | | | WP |
| MUT 000058 | 7/3/2007 | Letter | Re: Legal Bills | B. Sanford | J. Schaefer | J. Magram | A/C; WP |
| MUT 000037 | 1/31/2006 | Letter | Re: Legal Bills | B. Sanford | J. Schaefer | J. Magram | A/C; WP |
| MUT 000424 | 7/25/2005 | Letter | Re: Legal Bills | B. Sanford | J. Schaefer | | A/C; WP |
| MUT 000464 | 8/14/2006 | Letter | Re: Payment of Legal Bills, Other Herald Cases | Mutual Insurance Company | C. Lyons | | Other Matters |
| MUT 000473 | 5/15/2006 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan; S. Schaefer | Other Matters |
| MUT 000478 | 5/3/2006 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000482 | 5/30/2006 | Letter | Re: Payment of Legal Bills, Other Herald Cases | Mutual Insurance Company | C. Lyons | | Other Matters |
| MUT 000483 | 4/12/2006 | Letter | Re: Payment of Legal Bills, Other Herald Cases | Mutual Insurance Company | C. Lyons | | Other Matters |
| MUT 000486 | 3/21/2006 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000491 | 3/21/2006 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000498 | 1/13/2006 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000505 | 1/15/2006 | Letter | Re: Payment of Legal Bills, Other Herald Cases | Mutual Insurance Company | C. Lyons | | Other Matters |
| MUT 000506 | 1/6/2006 | Letter | Re: Payment of Legal Bills, Other Herald Cases | Mutual Insurance Company | C. Lyons | | Other Matters |
| MUT 000510 | 12/27/2005 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000514 | 12/5/2005 | Letter | Re: Payment of Legal Bills, Other Herald Cases | Mutual Insurance Company | C. Lyons | | Other Matters |
| MUT 000517 | 11/16/2005 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000520 | 11/23/2005 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000523 | 10/28/2005 | Letter | Re: Payment of Legal Bills, Other Herald Cases | Mutual Insurance Company | C. Lyons | | Other Matters |
| MUT 000526 | 10/20/2005 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000529 | 10/7/2005 | Letter | Re: Payment of Legal Bills, Other Herald Cases | Mutual Insurance Company | C. Lyons | | Other Matters |
| MUT 000532 | 6/14/2005 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000534 | 8/18/2005 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000542 | 7/15/2005 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000545 | 6/17/2005 | Letter | Re: Payment of Legal Bills, Other Herald Cases | Mutual Insurance Company | C. Lyons | | Other Matters |

Mutual Insurance Company- Honorable Ernest B. Murphy v. Boston Herald

Redaction Log

| Bate # | Document Date | Document Type | Subject(s) | Author | Addressee | Cc: | Reason for Redaction |
|---|---|---|---|---|---|---|---|
| MUT 000546 | 6/17/2005 | Letter | Re: Payment of Legal Bills, Other Herald Cases | Mutual Insurance Company | C. Lyons | | Other Matters |
| MUT 000549 | 5/15/2005 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000555 | 4/18/2005 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000564 | 3/11/2005 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000574 | 3/8/2005 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000591 | 4/28/2005 | Letter | Re: Payment of Legal Bills, Other Herald Cases | Mutual Insurance Company | C. Lyons | | Other Matters |
| MUT 000594 | 1/10/2005 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000604 | 1/4/2005 | Letter | Re: Payment of Legal Bills, Other Herald Cases | M. Brown | C. Lyons | | Other Matters |
| MUT 000607 | 12/13/2004 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000612 | 11/18/2004 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000615 | 1/4/2005 | Letter | Re: Payment of Legal Bills, Other Herald Cases | Mutual Insurance Company | C. Lyons | | Other Matters |
| MUT 000618 | 10/27/2004 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000624 | 10/4/2004 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000628 | 9/20/2004 | Letter | Re: Payment of Legal Bills, Other Herald Cases | Mutual Insurance Company | C. Lyons | | Other Matters |
| MUT 000629 | 9/16/2004 | Letter | Re: Payment of Legal Bills, Other Herald Cases | Mutual Insurance Company | C. Lyons | | Other Matters |
| MUT 000630 | 9/16/2004 | Letter | Re: Payment of Legal Bills, Other Herald Cases | Mutual Insurance Company | C. Lyons | | Other Matters |
| MUT 000633 | 8/20/2004 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000639 | 7/23/2004 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000646 | 6/9/2004 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000650 | 7/23/2004 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000653 | 6/24/2004 | Letter | Re: Payment of Legal Bills, Other Herald Cases | M. Brown | C. Lyons | | Other Matters |
| MUT 000654 | 6/8/2004 | Letter | Re: Payment of Legal Bills, Other Herald Cases | M. Brown | C. Lyons | | Other Matters |
| MUT 000657 | 4/21/2004 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000666 | 3/17/2004 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000669 | 3/17/2004 | Letter | Re: Payment of Legal Bills, Other Herald Cases | C. Paynter | C. Lyons | | Other Matters |
| MUT 000673 | 1/12/2004 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |

Mutual Insurance Company- Honorable Ernest B. Murphy v. Boston Herald

## Redaction Log

| Bates # | Document Date | Document Type | Subject(s) | Author(s) | Addressee(s) | CC | Reason for Redaction |
|---|---|---|---|---|---|---|---|
| MUT 000678 | 11/19/2003 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000690 | 7/21/2003 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000692 | 5/15/2003 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000694 | 6/9/2003 | Letter | Re: Payment of Legal Bills, Other Herald Cases | Mutual Insurance Company | C. Lyons | | Other Matters |
| MUT 000697 | 5/15/2003 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000701 | 6/4/2003 | Letter | Re: Other Herald Cases | J. Schaefer | C. Lyons | | Other Matters |
| MUT 000702 | 5/12/2003 | Letter | Re: Payment of Legal Bills, Other Herald Cases | C. Payner | C. Lyons | | Other Matters |
| MUT 000705 | 4/17/2003 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000708 | 4/22/2003 | Letter | Re: Other Herald Cases | J. Schaefer | C. Lyons | | Other Matters |
| MUT 000712 | 3/18/2003 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 000715 | 3/27/2003 | Letter | Re: Other Herald Cases | J. Schaefer | C. Lyons | | Other Matters |
| MUT 000719 | 2/28/2003 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | | Other Matters |
| MUT 001708 | 3/14/2005 | Email | Re: Texas Supreme Court Decision | J. Schaefer | E. Ritvo; R. Dushman | K. Kernan | Other Matters |
| MUT 001800 | 11/16/2004 | Letter | Re: Other Herald Cases | R. Dushman | J. Schaefer | E. Ritvo; J. Freedman; J. Magram | Other Matters |
| MUT 001929 | 3/23/2006 | Telephone Message Transcription | Re: Other Herald Cases | J. Magram | J. Schaefer | | Other Matters |
| MUT 001976 | 11/28/2005 | Letter | Re: Attachment Motion | R. Dushman | B. Brown | E. Ritvo; J. Hermes; B. Sanford; P. Purcell; J. Schaefer | A/C; WP |
| MUT 002045 | 10/26/2005 | Memorandum | Re: Other Herald Cases | R. Dushman | J. Schaefer | | Other Matters |
| MUT 002140 | 3/11/2005 | Letter | Re: Retention of Counsel | J. Schaefer | B. Sanford | MIC | A/C; WP |
| MUT 002163 | 11/26/2007 | Case Summary Form | Re: Reserves | OBMS | | | Reserves |
| MUT 002164 | 11/26/2007 | Case Summary Form | Re: Case Status | OBMS | | | A/C; WP |
| MUT 002170-002173 | 11/20/2007 | Billing | Re: Reserves | OBMS | | | A/C; WP; R/I; Res |
| MUT 002237 | 6/7/2007 | Letter | Re: Wire Instructions | C. Payner; M. Brown | D. Place | J. Schaefer | Pers. Id. Info. |
| MUT 002259 | 5/30/2007 | Email | Calculation Judgment | E. Ritvo | J. Schaefer | R. Dushman; J. Hermes | A/C; WP |

Mutual Insurance Company- Honorable Ernest B. Murphy v. Boston Herald

Redaction Log

| Bates | Document Date | Document Type | Subject | Author | Address | CC | Reason for Redactions |
|---|---|---|---|---|---|---|---|
| MUT 002268 | 5/30/2007 | Email | Re: Wire Instructions | J. Schaefer | M. Brown | | Pers. Id. Info. |
| MUT 002426 | 11/26/2007 | Case Summary Form | Re: Reserves | OBMS | | | Reserves |
| MUT 002427 | 11/27/2007 | Case Summary Form | Re: Case Status | OBMS | | | A/C; WP |
| MUT 002430-002433 | | Billing | Re: Reserves | OBMS | | | Reserve; A/C |
| MUT 002464 | 6/7/2007 | Redemption Note | Re: Wire Instructions | Butterfield Bank | Butterfield Bank | | Pers. Id. Info. |
| MUT 002465 | 6/7/2007 | Letter | Re: Wire Instructions | C. Paynter; M. Brown | Butterfield Bank | J. Schaefer | Pers. Id. Info. |
| MUT 002548 | 5/3/2006 | Letter | Re: Legal Bills, Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 002559 | 3/21/2006 | Letter | Re: Legal Bills, Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 002567 | 1/13/2006 | Letter | Re: Legal Bills, Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 002574 | 1/15/2006 | Letter | Re: Payment of Legal Bills, Other Herald Cases | Mutual Insurance Company | C. Lyons | | Other Matters |
| MUT 002577 | 12/17/2005 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 002584 | 11/16/2005 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 002593 | 10/20/2005 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 002596 | 10/28/2005 | Letter | Re: Payment of Legal Bills, Other Herald Cases | Mutual Insurance Company | C. Lyons | | Other Matters |
| MUT 002599 | 6/14/2005 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 002602 | 8/18/2005 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 002608 | 10/7/2005 | Letter | Re: Payment of Legal Bills, Other Herald Cases | Mutual Insurance Company | C. Lyons | | Other Matters |
| MUT 002611 | 7/15/2005 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 002614 | 6/17/2005 | Letter | Re: Payment of Legal Bills, Other Herald Cases | Mutual Insurance Company | C. Lyons | | Other Matters |
| MUT 002617 | 5/17/2005 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 002621 | 6/17/2005 | Letter | Re: Payment of Legal Bills, Other Herald Cases | Mutual Insurance Company | C. Lyons | | Other Matters |
| MUT 002624 | 4/18/2005 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 002683 | 2/21/2005 | Letter | Re: Payment of Legal Bills, Other Herald Cases | M. Brown | C. Lyons | | Other Matters |
| MUT 002687 | 12/18/2004 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 002692 | 11/18/2004 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 002695 | 1/4/2005 | Letter | Re: Payment of Legal Bills, Other Herald Cases | M. Brown | C. Lyons | | Other Matters |
| MUT 002698 | 10/27/2004 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 002705 | 10/4/2004 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |

Mutual Insurance Company- Honorable Ernest B. Murphy v. Boston Herald

Redaction Log

| Bates # | Document Date | Document Type | Subject(s) | Author | Addressee | cc: | Reason for Redaction |
|---|---|---|---|---|---|---|---|
| MUT 002709 | 9/20/2004 | Letter | Re: Payment of Legal Bills, Other Herald Cases | M. Brown | C. Lyons | | Other Matters |
| MUT 002712 | 8/20/2004 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 002716 | 9/16/2004 | Letter | Re: Payment of Legal Bills, Other Herald Cases | Mutual Insurance Company | C. Lyons | | Other Matters |
| MUT 002717 | 9/16/2004 | Letter | Re: Payment of Legal Bills, Other Herald Cases | Mutual Insurance Company | C. Lyons | | Other Matters |
| MUT 002720 | 6/9/2004 | Letter | Re: Legal Bills, Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 002724 | 6/17/2004 | Letter | Re: Legal Bills, Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 002727 | 9/16/2004 | Letter | Re: Payment of Legal Bills, Other Herald Cases | Mutual Insurance Company | C. Lyons | | Other Matters |
| MUT 002730 | 7/23/2004 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 002736 | 6/9/2004 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 002740 | 6/17/2004 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 002746 | 4/27/2004 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 002753 | 6/8/2004 | Letter | Re: Payment of Legal Bills, Other Herald Cases | M. Brown | C. Lyons | | Other Matters |
| MUT 002756 | 3/17/2004 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 002765 | 3/17/2004 | Letter | Re: Payment of Legal Bills, Other Herald Cases | M. Brown | C. Lyons | | Other Matters |
| MUT 002768 | 1/12/2004 | Letter | Re: Payment of Legal Bills, Other Herald Cases | C. Lyons | C. Lyons | | Other Matters |
| MUT 002771 | 1/29/2004 | Letter | Re: Payment of Legal Bills, Other Herald Cases | Mutual Insurance Company | C. Lyons | | Other Matters |
| MUT 002774 | 11/19/2003 | Letter | Re: Legal Bills, Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 002784 | 10/3/2003 | Letter | Re: Legal Bills; Other Herald Cases | C. Paynter | C. Lyons | | Other Matters |
| MUT 002787 | 7/21/2003 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 002796 | 6/13/2003 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 002800 | 6/9/2003 | Letter | Re: Payment of Legal Bills, Other Herald Cases | C. Paynter | C. Lyons | | Other Matters |
| MUT 002803 | 4/17/2003 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | J. Egan | Other Matters |
| MUT 002825 | 1/30/2003 | Letter | Re: Payment of Legal Bills, Other Herald Cases | C. Paynter | C. Lyons | | Other Matters |
| MUT 003748 | 3/22/2006 | Email | Re: Other Herald Cases | C. Lyons | J. Schaefer | | Other Matters |
| MUT 003749 | 3/21/2006 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | | Other Matters |
| MUT 003754 | 3/21/2006 | Letter | Re: Legal Bills; Other Herald Cases | C. Lyons | J. Schaefer | | Other Matters |

Mutual Insurance Company- Honorable Ernest B. Murphy v. Boston Herald

## Redaction Log

| Bates | Document Date | Document Type | Subject(s) | Author | Addressee | CC | Reason for Redaction |
|---|---|---|---|---|---|---|---|
| MUT 004459 | 5/30/2007 | Email | Re: Wire Instructions | B. Brown | M. Brown | | Pers. Id. Info. |
| MUT 004466 | 6/7/2007 | Letter | Re: Wire Instructions | Mutual Insurance Company | Donna Place- Butterfield Bank | J. Schaefer | Pers. Id. Info. |