# EXHIBIT 3

## Pat Purcell

**From:** Jerome Schaefer [jschaefer@obmslaw.com]
**Sent:** Thursday, May 12, 2005 7:36 AM
**To:** Jeff Magram
**Cc:** Purcell, Pat; Wiegand, Bill
**Subject:** RE: FW: Letter to B. Sanford re Murphy (MIC#2000-159)

Jeff, Thank you. The letter will be delivered today. Jerry


Jerome Schaefer
O'Brien, Butler, McConihe & Schaefer, PLLC
888 17th Street, N.W. Suite 1200
Washington, DC 20006
(202) 298-6161 x. 206
(202) 293-1640 - Facsimile
jschaefer@obmslaw.com

Confidentiality Notice

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (202) 298-6161 or reply to this email and delete all copies of this message.

> -----Original Message-----
> **From:** Jeff Magram [mailto:jmagram@bostonherald.com]
> **Sent:** Wednesday, May 11, 2005 5:18 PM
> **To:** jschaefer@obmslaw.com
> **Cc:** Wiegand, Bill
> **Subject:** Re: FW: Letter to B. Sanford re Murphy (MIC#2000-159)
>
> Jerry,
>
> Pat and I comfortable using Bruce Sanford for the initial review of the possible appeal in the Judge Murphy case. We are also agreeable with your proposed letter to Mr. Sanford.
>
> Regards,
> Jeff
>
> At 08:57 AM 5/11/2005 -0400, Jerome Schaefer wrote:
>
>> "urn:schemas-microsoft-com:office:office" xmlns:w = "urn:schemas-microsoft-com:office:word" xmlns:st1 = "urn:schemas-microsoft-com:office:smarttags">
>> Gentlemen,
>>    My apologies for the delay in getting this draft letter to you for review and approval. We propose to engage Bruce Sanford for the initial review of the possible appeal and then discuss with him a fixed fee to handle the appeal if an appeal is warranted based on his independent conclusions. Mr. Sanford's legal fees will be the primary responsibility of the Boston Herald with the same reimbursement and co-pay as has applied to the Dushman firm under the Mutual policy of insurance. I propose that the Dushman firm continue to pursue the

post-trial motions and we will jointly decide later whether or not to continue their involvement in the appeal if an appeal is filed. I am in meetings all of today, but back in the office tomorrow. If the letter is agreeable as is, I will deliver to Mr. Sanford personally tomorrow as his office is only 2 blocks from mine here in Washington.
    Regards, Jerry Schaefer


Jerome Schaefer
O'Brien, Butler, McConihe & Schaefer, PLLC
888 17th Street, N.W. Suite 1200
Washington, DC 20006
(202) 298-6161 x. 206
(202) 293-1640 - Facsimile
jschaefer@obmslaw.com

Confidentiality Notice

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (202) 298-6161 or reply to this email and delete all copies of this message.

-----Original Message-----
**From:** Judi Lancaster [mailto:jlancaster@obmslaw.com]
**Sent:** Wednesday, May 11, 2005 7:48 AM
**To:** Jerome C. Schaefer
**Subject:** Letter to B. Sanford re Murphy



Judi Lancaster

O'Brien, Butler, McConihe & Schaefer, PLLC

888 17th Street, N.W. Suite 1200

Washington, DC 20006

(202) 298-6161 x. 202

(202) 293-1640 - Facsimile

jlancaster@obmslaw.com


Confidentiality Notice


This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you

have received this message in error, please notify the sender immediately either by phone (202) 298-6161 or reply to this email and delete all copies of this message.

**Jeffrey W. Magram**  Chief Operating & Financial Officer
**Boston Herald, Inc.**  One Herald Square, Boston, MA 02118
ph # 617.619.6300 / jmagram@bostonherald.com / fax # 617.451.3506

3/13/2008

HER 000959